# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| United States of America | ) |
|---|---|
| v. | ) Case No. 2:25-MJ-158 |
| MICHAEL DECKINGA | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MICHAEL DECKINGA,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

On or about November 22, 2024, through on or about May 14, 2025, Michael DECKINGA committed violations of 18 U.S.C. § 2252A(a)(2), distribution of child pornography.

Date: 08/13/2025

s/John E. Martin
*Issuing officer's signature*

City and state: Hammond, IN

Hon. John E. Martin, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 08-13-2025, and the person was arrested on *(date)* 08-13-2025
at *(city and state)* Dyer, Indiana.

Date: 08-14-2025

J. Hines
*Arresting officer's signature*

J. Hines, Special Agent
*Printed name and title*