**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

**UNITED STATES OF AMERICA**

       Plaintiff,

v.                                                        **Case No.** 2:25 MJ 158

**MICHAEL DECKINGA**

       Defendant.

**MOTION TO REQUEST DETENTION HEARING**

Comes now Defendant Michael Deckinga, by counsel, and requests that the Court schedule a Detention hearing before Magistrate Judge John E. Martin. In support of this motion, the defendant would show the following:

1. The defendant is charged in a Complaint filed on August 13, 2025, in violation of 18 U.S.C. § 2252A(a)(2).

2. The undersigned counsel entered his appearance on behalf of the defendant on August 14, 2025.

3. At the Initial Appearance – Probable Cause hearing on August 14, 2025, before Magistrate Judge Martin, the defendant waived the detention hearing and was remanded to the custody of the U.S. Marshals.

4. The defendant is currently in pretrial detention at the Hammond City Jail.

5. The defendant respectfully requests that the Court schedule a Detention hearing before Magistrate Judge Martin at the currently scheduled Arraignment hearing on August 27, 2025, at 11:00 a.m.

6. The government, by Assistant United States Attorney Emily Morgan, has no objection to this motion.

WHEREFORE, Defendant Michael Deckinga requests that the Court schedule a Detention hearing at the currently scheduled Arraignment hearing on August 27, 2025, at 11:00 a.m. before Magistrate Judge John E. Martin.

*Date:* August 18, 2025

          Respectfully submitted,

          Northern District of Indiana
          Federal Community Defenders, Inc.

         By: s/ Peter L. Boyles
           Peter L. Boyles
           2929 Carlson Drive, Suite 101
           Hammond, Indiana 46323
           Phone: (219) 937-8020
           Email: Peter_Boyles@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that, on August 18, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notifications of such filing to all parties of record.

          s/ Peter L. Boyles