IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

-FILED-
AUG 20 2025
At _____
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| UNITED STATES OF AMERICA | ) | CASE NO. 2:25-CR- 85 |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL DECKINGA | ) | 18 U.S.C. § 2252A(a)(2)(A) & (b)(1) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One
### (Distribution of Child Pornography)

Between on or about November 22, 2024, through on or about May 14, 2025, in the Northern District of Indiana and elsewhere, the defendant,

**MICHAEL DECKINGA**

did knowingly distribute child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(2)(A) and (b)(1).

1

## FORFEITURE ALLEGATIONS

1. The allegations in Count One of this Indictment are hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to Title 18, United States Code, Section 2253.

2. Upon conviction of an offense in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1), alleged in the Indictment, the defendant, **MICHAEL DECKINGA**, shall forfeit to the United States of America:

    a. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense[s]; and

    b. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense[s].

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

**A TRUE BILL**

*/s/ Foreperson*
FOREPERSON

M. SCOTT PROCTOR
ACTING UNITED STATES ATTORNEY

By: */s/ Emily A. Morgan*
   Emily A. Morgan
   Assistant United States Attorney

3