UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

-FILED-
AUG 20 2025
At_____
Chanda J. Berla, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Cause No. 2:25-CR- 85 |
| ) | |
| MICHAEL DECKINGA ) | |

## BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

Comes now the United States of America, by its counsel, M. Scott Proctor, Acting United States Attorney for the Northern District of Indiana, through Emily A. Morgan, Assistant United States Attorney, and hereby files the following Bill of Particulars for Forfeiture of Property.

The Indictment seeks forfeiture of property pursuant to 18 U.S.C. § 2253. The United States hereby gives notice that,

1

in addition to property already listed in the forfeiture allegation, the United States is seeking forfeiture of the following additional property:

- Samsung Galaxy A14 cell phone

                        Respectfully submitted,

                        M. SCOTT PROCTOR
                        ACTING UNITED STATES ATTORNEY

BY:   */s/ Emily A. Morgan*
        Emily A. Morgan
        Assistant United States Attorney
        5400 Federal Plaza, Suite 1500
        Hammond, IN 46320
        Telephone: 219-937-5500
        E-mail: Emily.Morgan2@usdoj.gov