AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| United States of America | ) |
| v. | ) |
| MICHAEL DECKINGA | ) Case No. 2:25-cr-85 |
| | ) |
| *Defendant* | ) |

**RECEIVED** By USMS at 8:49 am, Aug 21, 2025

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* MICHAEL DECKINGA, who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18:2252(A)(a)(2)(A) and (b)(1) DISTRIBUTION OF CHILD PORNOGRAPHY

Date: 08/21/2025

City and state: HAMMOND, IN

s/Chanda J. Berta (db)
*Issuing officer's signature*

CHANDA J. BERTA, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 8-21-25, and the person was arrested on *(date)* 8-13-25 at *(city and state)* HAMMOND, IN.

Date: 9-5-25

KIM DMM
*Arresting officer's signature*

Kharci Davis DUSM
*Printed name and title*