# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

**UNITED STATES OF AMERICA**

       Plaintiff,

v.                                                                                     **Case No.** 2:25 CR 85

**MICHAEL DECKINGA**

       Defendant.

## AMENDED MOTION TO CONTINUE TRIAL AND PRETRIAL CONFERENCE

       Comes now Defendant Michael Deckinga, by counsel, and moves the Court for an Order continuing the trial and the pretrial conference. In support of this motion, the defendant would show the following:

1. The defendant is charged in an Indictment filed on August 20, 2025, in violation of 18 U.S.C. § 2252(A)(a)(2)(A) and (b)(1).

2. The Jury Trial is scheduled for November 3, 2025, at 8:30 a.m. before District Court Judge Philip P. Simon, and the Final Pretrial Conference is scheduled for October 17, 2025, at 1:30 p.m. before Magistrate Judge John E. Martin.

3. The defendant is in pretrial detention at the Hammond City Jail.

4. The defendant and the undersigned counsel need additional time to properly review the review the government's discovery and effectively prepare for trial.

5. Counsel has discussed a continuance with the defendant and the defendant agrees and joins in this motion.

6. The defendant has been advised and agrees that the delay in proceeding to trial, occasioned by a continuance granted in response to this request, will be excluded

for purposes of calculating a trial setting under the Speedy Trial Act (18 U.S.C. § 3161(h)(7)(A) and (B)) and the U.S. Constitution.

7. The ends of justice served by granting this request for continuance outweigh the best interest of the public and the defendant in a speedy trial.

8. The government, by Assistant United States Attorney Emily Morgan, has indicated that the government does not object to this motion.

WHEREFORE, the defendant, Michael Deckinga, by counsel, moves the Court for an order continuing the trial currently set for November 3, 2025, for a period of no less than ninety (90) days, and resetting the pretrial conference.

*Date:* October 10, 2025

        Respectfully submitted,

        Northern District of Indiana
        Federal Community Defenders, Inc.

By:   s/ Peter L. Boyles
        Peter L. Boyles
        2929 Carlson Drive, Suite 101
        Hammond, Indiana 46323
        Phone: (219) 937-8020
        Email: Peter_Boyles@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that, on October 10, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notifications of such filing to all parties of record.

        s/ Peter L. Boyles