UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:25-CR-85-PPS-JEM |
| | ) | |
| MICHAEL DECKINGA, | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on an Amended Motion to Continue Trial and Pretrial Conference [DE 19], filed by Defendant on October 10, 2025. Defendant requests a continuance of the jury trial setting to allow time to review discovery and prepare for trial. Counsel represents that Defendant has been advised and agrees that the delay in proceeding to trial occasioned by this continuance is excludable for purposes of the Speedy Trial Act, and further represents that counsel for the Government does not object to the requested extension.

Finding that the ends of justice served by granting such a continuance outweigh the best interest of the public and Defendant in a speedy trial, in that a failure to grant such a continuance would unreasonably deny Defendant the reasonable assistance of counsel and time necessary for effective preparation for trial, and taking into account the exercise of due diligence, the Court hereby **GRANTS** the Amended Motion to Continue Trial and Pretrial Conference [DE 19]. The Court **DENIES as moot** the Motion to Continue Trial and Pretrial Conference [DE 18].

The period of delay resulting from this continuance is to be excluded under the terms of the Speedy Trial Act and 18 U.S.C. §§ 3161(h)(6), 3161(h)(7)(A), and (h)(7)(B)(i) and (iv).

The Court **VACATES** the current final pre-trial conference and jury trial settings. The Court **SETS** the Final Pretrial Conference for **March 27, 2026, at 9:30 a.m.**, before Magistrate

Judge John E. Martin; and for Jury Trial as a second setting for **April 13. 2026, at 8:30 a.m.** (Central Time), before District Court Judge Philip P. Simon.

Trial counsel are **ORDERED** to submit all pre-trial filings (including but not limited to proposed voir dire, jury instructions, and motions in limine) on or before the Final Pretrial Conference on **March 27, 2026**, and to appear in person for the Final Pretrial Conference.

The Court **REMINDS** the parties that any plea agreement is to be filed in writing with the District Court by **April 6, 2026**. Late pleas may result in the imposition of jury costs against the delaying party(ies) and/or counsel by the District Court.

SO ORDERED this 15th day of October, 2025.

s/ John E. Martin_____  
MAGISTRATE JUDGE JOHN E. MARTIN  
UNITED STATES DISTRICT COURT

cc:   All counsel of record