UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

**UNITED STATES OF AMERICA**

    Plaintiff,

v.     **Case No.** 2:25 CR 85

**MICHAEL DECKINGA**

    Defendant.

### DEFENDANT'S NOTICE OF INTENT TO PLEAD GUILTY

Comes now Defendant Michael Deckinga, by counsel, and informs the Court and the government that he intends to change his plea to guilty to the sole count of the Indictment without an agreement with the government. Wherefore, the defendant requests the Court to schedule a Change of Plea hearing.

*Date:* January 5, 2026

    Respectfully submitted,

    Northern District of Indiana
    Federal Community Defenders, Inc.

    By:   s/ Peter L. Boyles
        Peter L. Boyles
        2929 Carlson Drive, Suite 101
        Hammond, Indiana 46323
        Phone: (219) 937-8020
        Email: Peter_Boyles@fd.org

### CERTIFICATE OF SERVICE

I hereby certify that, on January 5, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notifications of such filing to all parties of record.

    s/ Peter L. Boyles