To the Honorable Judge Philip P. Simon

Hello, My name is Kimberly Joy Deckinga, a child of King Jesus, wife of the recently convicted and incarcerated Michael Brian Deckinga and mother to seven amazing blessings.

I met Michael many years ago when he visited my church. He was faithful in attending church morning and evening, week after week. He marched up to the 4th pew and sang with all his heart. He loved the Lord, valued family, made me laugh and was a hard worker. I fell in love with him. We said our vows before our church and our family. Life was on its way. Soon after getting married our 1st miracle was born. Michael held my hand, rubbed my face, stroked my back, breathed with me and encouraged me as I labored. He never left my side and after our joy was born he looked in my eyes, both of us tearfilled and said, "I love you; she's here; you did it." We wept as we held our tiny baby. He loved me and her deeply. His actions and words reflected that. As a loving husband does, he changed diapers, rocked her at 2 a.m. when nothing would help her stop crying.

The Lord continued to bless us with babies; year after year. Both Mike and I acknowledged each child was a gift, a blessing from God. Mike's love for us grew deeper and deeper with each baby brought into our lives. Mike went to work each and every day to support us. He worked hard. He showed up on time and did his work to the best of his ability. He had success, receiving recognition of goals that were set and then reached with his job at Sherwin Williams. He provided for kid's and I's needs.

While he financially supported us, he also spiritually led us faithfully encouraging and attending Sunday worship in the morning and evening. Not only did he attend, but he participated and engaged in our church. He served the church by leading Bible studies, using his God-given gifts by playing the piano and his trumpet regularly in church. He served in leadership roles as deacon where he helped congregate members in their physical and spiritual needs. He visited widows unable to attend worship, praying and encouraging them in their walk in life. His voice could be heard throughout the sanctuary when he sang, always singing from his heart.

As marriage and life continued, I grew to love and respect Mike more and more. His calm demeanor towards people and situations helped me see situations and people differently. He saw people in a positive light, giving them the benefit of the doubt, grace and love.

Taking the kids and I on vacation became a love of Mikes but not any vacations... camping. First a pop up and then a travel trailer. Mike was always responsible, never buying anything we didn't have the money for and he dedicated himself to the adventures that camping entailed. He was engaged and committed to the work of safely getting the camper down the road to the next amazing destination for the kids and I. He planned hike after hike where we traversed rough paths and endured through laughing and cheering us on the whole way. At the end of a long day of hiking, Mike would get out the grill and make us dinner followed by tucking all the kids into bed with hugs and

kisses.  Never failing to have patience and telling them he loved them.  In fact, just days before he was arrested we had returned home from a 1 month long trip out west.  We called it the Rooky Mountain Rambling Roadtrip.  All intricately planned, thought through by Mike for us to enjoy together.  He was disciplined and planned each camping spot, even where we would stop for gas along the way.  We knew we were safe with him; trusting him always.

Mike was a hands-on father and husband, involved in each of the kids' lives.  He attended concerts at school, watched volleyball and basketball games, making up cheers to encourage them.  He accompanied them in fine arts at school by playing the piano.  He coached the boys baseball team and loved hanging with them, helping them get better,  teaching them never to give up and to have a positive, cheerful attitude in all that they did.

When I write he was the best husband and father... he really was.  He loved deeply, cared genuinely, put us first, dealt with us calmly and graciously, worked hard to provide financially for us, always pointing us to Christ and he served those around him.

August 13 our world shattered.  It doesn't make sense.  We are confused, broken and lost.  The first phone call came from Mike, he said, "I am so sorry.  I am so sorry.  I didn't touch our kids or anyone."  Hour one, phone call one, Mike was and continues to be remorseful;. every visit (I have gone every Monday since Aug. 13 and all kids visit any Monday they have off school.) he places before me his remorse and sorrow for the sins and his actions.  His messages convey his hatred of what he was doing and of himself for making the choices he did.  His remorse is constantly before the kids and I.

While being incarcerated, Mike has been productive, writing many things.  He writes letters every Sunday, one to each of the kids, one for the family, one for me and sometimes includes one to give to family members or church friends.  For the month of December, he wrote an advent calendar devotional for the kids & I.  He also wrote what we call Daily Doses of Dad which the kids and I read every morning before sending them off to school.  It is a bible verse and a short devotional encouraging us in the day ahead.  We are currently reading a devotional he wrote called "Lessons from Luke" taken from the book of the Bible, Luke.  He plans to send the next devotional for us to read for Holy Week coming up.  He continues to lead and guide while he is incarcerated.  The letters he writes and the devotionals he writes lay before us his remorse and regret; his sorrow for his sins but he also encourages us.

The last two Tuesdays Mike has asked if I would consider fasting with him to further deepen his relationship with the Lord but also to learn to have self control.  As the groans of his stomach grow in the day he looks to Jesus, relying on God's strength.  Mike is learning self control and not to give in to his desires but to look to God's desires.  The kids and I support him as he refrains from his wrong and starts to live life differently.  Not only do we support him, but many others do too.

Monday is visit day and Mike can have 3 visitors.  Three people, many different, every week; work friends, family, pastors, old friends, church family all supporting him, and

he continues to remain sorry and apologetic to each of them.  He has accountability in these men and women.  One man does a Bible study with him on the phone every week for an hour and visits him every month.  He has friends holding him accountable with daily devotions, sharing thoughts and words of encouragement each day.  Mike sends me a recap every morning of a devotional that we are reading together.  He has a changed heart.  His "actions" and words are showing the kids and I that over and over.  His heart has turned from his evil and he is fighting off what in the past entangled him.  Praise the Lord!

The kids and I miss him every minute of every day and want him home.  We don't know how to do life without him and don't want to.











To the Honorable Philip P. Simon
United States District Court Judge

My name is Sandra Deckinga. I am Michael Deckinga's mom. I have known him for all Michael Deckinga's life, which is forty- two years. My husband and I could not have children on our own. We tried to have a child for eight years. We received our son through the process of adoption. What a blessing he was from the beginning. Michael was a very happy child, with a vivid imagination. Michael would keep himself busy as a toddler for hours, walking around with his little suitcase filled with "stuff" while singing to his heart's content, knowing all the songs I played on the record player. Michael could sing all of the songs memorized. Michael could play for hours creating things with Lego blocks and other toys using his imagination throughout.

I was not a working mother. I felt my job was to stay home with my children and raise them. It was the most rewarding job that I could ever ask for. Michael Deckinga and I did lots of things together. We would go to the park, ride bikes together, etc. Michael loved the outdoors. Especially the beach. Michael was very close with my dad, his grandpa. His grandpa would take him to the beach by themselves quite often in grandpa's yellow Subaru. Michael called it the "bumpy car". He would always come home asleep with his belly full of soft serve ice cream.

Michael Deckinga loved pre-school. I remember a time when Michael was in his preschool thanksgiving program. Michael was alongside his teacher answering all the questions asked. Michael Deckinga was very comfortable in front of a crowd, saying all his lines as rehearsed. Michael was a beautiful singer even at a very young age. Michael was not intimidated by his peers. He sang out loud with his fellow classmates, singing out with all his might to Jesus.

When Michael Deckinga was a young child, he usually did what he was told and was a very happy child. He did not give me a hard time and most of the time obeyed me.

Michael Deckinga was very musical. He learned to play the piano and trumpet throughout his grammar school years and had no problem performing songs at recitals and church services. He also played t-ball, baseball and tennis.

When Michael Deckinga went off to college, Michael was very sociable. Sometimes Michael had a hard time focusing on what he went to college for, but graduated with flying colors. In Michael's sophomore year of college, Michael took on the job of Resident Assistant of his dorm floor. Another job was leading a group of residents in calling people for donations for his college. Both were demanding jobs and Michael Deckinga took them on with responsibility.

I feel I know Michael Deckinga pretty well as my son. He loved to goof around with me, trying to see how much he could "pull my leg". Michael has for the most part been an honest and incredibly respectful person to the people he was in contact with. Michael went over and above to talk to people, and loved to get to know them.

Michael Deckinga is very well liked by his family, peers at work, and friends. His loving personality came out with everyone that Michael met. Michael was very conscientious in his work habits. Michael was a manager at a paint store for many years. Michael worked long hours and worked very hard putting through many orders on a small or big level. As far as I know, in his most recent job raising money for a seminary, he did that well too. There was a lot of time traveling with this job; a lot of time away from his family.

Michael Deckinga loved God and was not afraid to express to everyone that he was a child of God. He was a very good father to his seven children. Michael and his wife would spend a lot of time with their children, getting involved in all their children's sports and musical concerts. They were never too busy to do devotions and bring them up in a Godly manner.

I have witnessed many times of Michael giving a testimony of love. One of them was speaking at my dad's funeral; also, at his brother-in-law's funeral who died at a young age. He spoke at his brother-law's funeral in front of many at his church, and did it with amazing grace. Another time was speaking as the guest speaker at his daughter's 8th grade graduation. He was never at a loss for words, and expressed many loving comments to many on those occasions, whether it was a sad or happy time. He was such a gifted speaker. I hope that will be something he can continue to do in the future.

I will always love my son no matter what he did. That will always be the same. Michael Deckinga had such a wonderful and blessed life, with so much going for him.

Michael Deckinga is a man that did something terribly wrong. He has expressed to me many times how sorry he is. Michael Deckinga has also expressed how he feels God bringing him out of this time of being at the literal bottom spiritually and has been lifted up again by God's ultimate grace and mercy. I hope that you will also have mercy on him, Judge Simon. I can't help that God has saved his life by putting him where he is now. I just ask you to be lenient on Michael Deckinga's sentence so that he can be a father and husband once again to his family. Thanks for listening.

Michael's loving mom until the day I die,

Sandra Deckinga





































To the Honorable Philip P. Simon
United States District Court Judge

My name is Derk Deckinga Jr. I am the father of Michael Deckinga. My wife and I adopted Michael when he was 10 days old. We decided to adopt since my wife and I were not able to have children on our own. Michael Deckinga was our pride and joy. I have known Michael Deckinga for his entire life. My wife and I have raised him in the Christian walk all through his young life.

My job demanded many hours away from home. Sometimes literally from three in the morning until six at night. My weekends were free, making it easy to spent time with Michael Deckinga. We spent time together fishing and going to the beach. I also went golfing with Michael Deckinga in the summer when time allowed. The time that I spent with Michael Deckinga was very enjoyable. Our family also spent vacation time two weeks each year in the summer at a cottage in Michigan fishing, boating and just relaxing and singing a lot of crazy songs around a campfire.

Michael Deckinga was loved by everyone who met him. Michael Deckinga was involved in many church and school activities such as Calvinist Cadet Corps (a group like the Boys Scout) in which he earned the highest honor of silver star for being the best cadet in his club. Michael Deckinga participated in a youth choir in grammar school, playing the trumpet in band in grammar school, high school and college. In everything he experienced, Michael Deckinga showed care and compassion for others.

Michael Deckinga is a caring husband and father for his family. Wherever the family had to be, Michael Deckinga was there to show support and time to his children. I have witnessed many times him reading devotions to his family and also taking the time to ask questions to the children about what he read to them.

As far as I know, whatever the job that Michael Deckinga held, he was a dedicated employee in getting the task completed in a timely manner. Michael Deckinga loved the golf fund-raiser which he was in charge of for his last employer. It was a challenge for him and he enjoyed it.

I do consider Michael Deckinga to be very honest and sincere. Michael Deckinga is a very law-abiding person. Michael Deckinga is also very generous with his time and talents that God has given him. I believe Michael Deckinga's ambition was to further God's kingdom through his work at Mid-America Reformed Seminary. Michael Deckinga devoted his time and energy in the fund-raising for the Seminary. Michael Deckinga tried to do his best. Michael Deckinga has never been afraid to speak in front of a large audience at his job and at other occasions. Michael Deckinga was the keynote speaker for his daughter's 8th grade graduation.

I've been told of what Michael Deckinga has been charged with. It is so hard to believe that this could have happened. When I come to visit him in jail, Michael Deckinga has always shown remorse for what he has done every time. Michael Deckinga asked for my forgiveness. I forgive him all the time, just as Jesus has forgiven every one of my sins. I've been praying in earnest that you will be kind and compassionate in your decision that you will be making.

Sincerely,


Derk Deckinga Jr.









