Dear Honorable Judge Philip P Simon,

My name is Sarah Sullivan. I am writing to you on behalf of Michael Deckinga. I have known Michael for 35 years as his little sister. I have grown up with his teasing and his nurturing, and I feel as though I know him pretty well.

Michael Deckinga has always been a kind, generous, and protective big brother. He has never failed to show up for me, no matter what he had/has going on in his own life. When I was in high school and Michael Deckinga was in college, my high school teachers accused me of plagiarism on a school paper. I was innocent and had multiple meetings with the principal and the dean, trying to get me to admit to it. Despite his class schedule, Michael showed up and sat by my side, defending and supporting me.

Michael Deckinga walked me through my freshman year of high school, encouraged my talents and hobbies, and made sure I felt supported, even if he teased me amongst it. He helped me with tennis when I first started, and always had a helping hand when I struggled with a piece on the piano. In band, he was always a helping hand and gentle teacher to those who were struggling, which he has continued past with trumpet and piano lessons.

Michael Deckinga has always thrown himself into his passions with his whole heart. Whether that be his trumpet, the piano, baseball, or tennis. He does things without fear and pursues them until he excels. However, having such passion and pursuit of excellence can come with drawbacks. When excellence wasn't achieved, Michael really took it to heart and took it hard. He, however, is resilient. I have never known him not to bounce back from something.

Micahel Deckinga has a very sensitive heart that is filled with love. He was always searching for a love that could match his own. When he would have a girlfriend he would tend to disappear into the relationship. He would spend less time at home and more time with the girlfriend and he loved with his whole heart. It wasn't until he found his wife, Kimberly, that I saw that love he has for everyone, matched.

I firmly believe that both Michael Deckinga and his wife love so deeply and wholly that they wanted to spread as much of that love as possible, which is displayed in their 7 wonderful, beautiful children.

Michael Deckinga's love also stems from his belief in God. he has such a steady and unyielding faith. While I was in the hospital when I was pregnant with my daughter, Michael called, even knowing he might not get through and left me a message I will never be able to forget, it was tear filled, but it was filled with hope and was a touching prayer that helped to lift my spirits. He also, more recently, wrote the most beautiful letter for my newborn son.

Michael Deckinga shares his faith weekly by playing piano or trumpet in church, nightly devotions, his work as a deacon in his church, as wellnas the work he did for the

seminary. I know, even now, he writes devotions for his family so he can be a part of his children's lives as wellnas continue to lead them down the path of righteousness.

This letter almost seems too formal to mention what a goofball Michael Deckinga is, but to not do so would be a disservice. My brother was all I had for family gatherings and vacations. While we are very different, we were always able to find the fun. Whether that meant wrestling in the water, making up silly nicknames for ourselves (Mike the mutant monkey and Sarah the Silly Serpent) or just playing catch, some of my best memories are his goofy personality. A camera was never safe around him. If one was left unattended, we would often find the funniest pictures of Michael making faces. We even learned to allot more time for family pictures because it was inevitable that he would be making faces in more than a few. He was even able to get my introverted husband in on his shenanigans more than once.

While I understand and accept what Michael Deckinga did was heinous and unacceptable, I do believe this is only a small part of who he is. I love my brother and I know his heart. While this is an aspect he kept well hidden, now that we know of it, we can get him the help he desperately needs.

After talking with my brother, sometimes through tears, I do believe he fully understands, comprehends, and feels the gravity of what he has done. Not only because he was caught and separated from his family, but because of the deep amount of shame he feels about it. I have known Michael Deckinga to be confident, proud, and, at times, a little arrogant. But I have seen him now, completely humbled and contrite, willing and accepting of the punishment you see fit. As his sister, mother of his niece and nephew, and aunt to his sons and daughters, I hope that you show mercy in your sentencing, if for nothing more than to allow him to get the help that he needs.

Thank you for taking your time to read and consider this and the other letters.

Sarah Sullivan

To The Honorable Philip P. Simon

I am Sean Sullivan and I work for UPS.  I am Michael Deckinga's Brother in Law, I am married to his younger sister.  I have known him for about 17 years.  I like to think I know him pretty well.

Michael Deckinga is an honest, god fearing, deeply emotional person who wears his heart on sleeve.  When my wife was pregnant and in the hospital with placenta previa he was one the first to call her and he was in tears with worry. He was in happy tears during my wedding to his sister. I guess what I'm trying to say here is very emotionally honest. If he is happy it's very obvious, if he is upset it's very obvious, and if he is regretful of his actions its very obvious. I have no doubt he is deeply regretful and remorseful of the actions that lead to the charges against him and I have no doubt that all he wants is to atone and get the help he needs.

Michael Deckinga and his family are very active in their church, which they attend twice a week. He has been both a deacon and elder for the church and he volunteers his time to help with various programs the church runs. His church is rather big and it and its members are very supportive of each other.  I have no doubt they are and will continue to give him all the help and support he needs whenever they are able. I recently learned he is currently receiving his church's worship, songs, bible passages, etc every Sunday so he can sing the same songs, read the same passages, and read the same sermon his family is doing every Sunday.

Michael Decking has ambition, but its not political or business ambition.  Rather his ambition has always been to raise a big loving family.  Which I think he has done.  I mentioned earlier that he is regretful and remorseful of his actions.  This is especially true with how it affected his family, the most important thing to him right now is to atone, repent and get the help he needs so he can once again be the man he needs to be for his family.

Sean Sullivan

March 20, 2026

Al & Doreen Bultema
15408 W. 145th Ave.
Cedar Lake, IN 46303

Dear Honorable Philip P. Simon,

Thank you in advance for taking the time to read this letter. We know you are very busy and we are thankful for you and all that you do.

Our names are Al & Doreen Bultema. We are both 72 years old. Al was a farmer and then drove a concert truck and is now retired. I cleaned houses and a church for 30 years. My main job was raising our family. We have 7 children, 39 grandchildren and 11 great grandchildren. Our 7 children are all married and are wonderful church going families.

We have known Michael Deckinga for 17 years. He was a college student that began attending our church. He was a very fun, energetic Christian young man. He never missed a church service and often hung out at our house. Our daughter Kimberly eventually married Michael and we were totally thrilled! Michael and Kimberly have been

married for 16 years and have 7 beautiful children. The oldest is 15 and the youngest is 2. Natalie, Taylor, Hailey, Ethan, Levi, Seth and Anna.

August 13, 2025 was a total nightmare. Our Michael was arrested and put in jail on pornography charges.

What a horrible shock to our close knit family. Michael was the perfect guy. He wore a suit to church, carried his Bible, took notes on the sermon. He also played the trumpt and the piano in church and sang in the choir. He was a ~~deacon~~ deacon and lead a group of high school kids. He was that husband that would do anything for his wife. The dad that played basket ball in the yard and coached little league for the town. Everyone in the family always said "we need to be more like Mike."

Michael worked at Mid America Reformed Seminary. He raised money for the seminary and did alot of management things. He could give a wonderful speech if needed and wrote articles for the seminary. When Michael was arrested, several people, including our pastor, were sure that someone had stolen his identity. This is how absurd this was to everyone.

We know that Michael is very sorry for what he has done. His wife and our family are

-3-

standing behind him and encouraging him. Our pastor and co-workers are all counseling him and holding him accountable for his actions. He knows he has done wrong and begs for forgiveness. We desperately need him home to care for his wife and kids.

This is a portion of a letter that Michael wrote to us dated September 20, 2025

"I am a useless soul, whose divided heart, stuck in sin, sowed the wind and is now reaping the whirlwind. A pathetic wretch, completely blinded by the lies of the devil, the world, and my own flesh, who flattered himself at every turn, rarely taking seriously the self destructive path I was on. I deceived so many, even myself. From the bottom of my heart I am so incredibly sorry for my actions...."

Honorable judge Simon we want you to know that we pray for you every day. You have a huge decision to made as you sentence Michel Deckinga. We pray that you will be fair but also merciful in your decision. Please, Please remember Kimberly (our daughter) and her 7 children. God Bless you!!

Alg ∓
Doreen Bultema

Jennifer Bultema

March 30,2026

The Honorable Judge Philip P. Simon
United States District Judge

Dear Honorable Judge Simon,

My name is Jennifer Bultema and I am writing this letter in support of Mike Deckinga. I am Mike's sister-in-law, and I have known him since he began dating my sister-in-law, Kim. Over the years, I have come to know Mike not only as a family member, but also a man of strong character, deep faith, and genuine compassion for others.

Mike has been an active and dedicated member of our church for many years. He consistently uses his gifts and talents to serve others, whether as a cadet counselor, deacon, youth group leader, or through sharing his musical abilities by playing the piano and trumpet. His willingness to give his time and energy speaks to his commitment to his faith and to the people around him.

On a personal level, Mike has had a profound impact on my family. Nearly 4 years ago, my husband Kevin, was diagnosed with brain cancer. During that incredibly difficult time, Mike was a constant source of support. He and Kevin shared a close bond- so much so that Kevin often said he considered Mike more of a brother than a brother-in-law. Mike went above and beyond to help us, including setting up a GoFundMe to assist with medical expenses and writing updates on a CaringBridge page to keep family and friends informed.

After Kevin passed away just nine months after his diagnosis, Mike continued to be present for me and my children. He provided emotional support during a time of deep loss. My children knew they could rely on him, and he has shown that through his actions- such as taking both of my sons to look for and purchase their vehicles, guiding them with care and responsibility. He also supported my children by attending many of their sporting events.

I know Mike has made mistakes in the past, but that does not define who he is. Mike has consistently demonstrated kindness, integrity, and a sincere desire to help others, both within his family and in the broader community. I respectfully ask that you take these qualities into consideration.

Thank you for your time and for considering my perspective.

Sincerely,
Jennifer Bultema

Dear Honorable Philip P. Simon
United States District Court Judge,

My name is Sarah Bultema, and I am writing to provide a character reference for my brother-in-law, Michael Deckinga. I am currently a stay at home mother to 6 kids ranging from 2 to 16. I am married to Karl Bultema, who's sister is Kim Deckinga, married to Michael Deckinga. I have known Michael since 2006, when we met at Trinity Christian College and attended Lynwood United Reformed Church together.

For nearly two decades, I have known Mike to be a fun-loving and kind individual. After he began dating my best friend, Kim, I witnessed firsthand his chivalry and care. One particularly thoughtful gesture was his decision to delay his proposal to Kim until after my own wedding to her brother, Karl, to ensure we had our own moment of celebration. He even wrote and sang a song at our wedding reception. Over the years, our families have gone on vacations together, attended church and school together and for the past 7 years we live just three doors apart.

As a neighbor and family member, I have seen Mike as a devoted and intentional father to his seven children. He has been deeply involved in every aspect of their lives— coaching baseball, organizing family camping trips, managing school communications, and handling daily household responsibilities to support Kim. He was always quick to help others, whether it was volunteering at church or helping my son unknot fishing lines at our community pond.

To say that I am shocked by the charges Michael has pleaded guilty to is an understatement. As a mother of six children, I am grieved to my core; the actions described do not align with the man we have known and loved. Michael has confessed his guilt and apologized to me, my husband, and our children for the painful consequences of his choices. He claims to be a changed man, and it is my hope and prayer that this is true.

I pray that you will be granted the wisdom to determine a just punishment that acknowledges the pain caused to the victims. I also ask that you consider a degree of mercy for someone who has confessed his sins. My hope is that through just punishment and rehabilitation, he may one day be reacclimated into society and prove to be a blessing to his community and family once again.

Sincerely,

Sarah Bultema

Dear Honorable Philip P. Simon
United States District Court Judge


My name is Karl Bultema, and I am the brother-in-law of Michael Deckinga. I have been employed at Ozinga Cement for the past 15 years, and I have known Michael for over 20 years—long before he married my sister. Over that time, I have come to know him very well through friendship, family gatherings, church involvement, and shared activities like golfing and spending time with mutual friends.

Michael has always been someone who brings joy to those around him. He is friendly, kind, confident, and sincere in his faith. I have many memories of time spent together after Sunday evening church services, where we would gather with friends to talk about the sermon, play games, watch movies, and enjoy each other's company. Michael was always at the center of that fellowship, making people laugh and feel welcome.

When Michael began dating and later married my sister, it felt like a natural extension of our friendship—he truly became part of the family. Over the years, I've seen firsthand how deeply he loves and cares for his wife and children. He has always been a devoted husband and father, taking time to read to his children, pray with them, and be actively involved in their daily lives. He is patient, attentive, and consistently present for his family. He also enjoys playing the piano and often shared that talent with those around him. Whether it was cooking meals, coaching his children's baseball teams, or simply spending quality time together, Michael has always been fully invested in his family.

In addition to his family life, Michael has been an active and committed member of his church. He has served in various roles, including deacon, Bible study leader, cadet counselor, and usher. He has always demonstrated a strong and genuine faith through both his words and actions.

Professionally, Michael has been well respected and successful. In his role at Mid-America Reformed Seminary, he worked in fundraising and became widely known among churches and supporters across North America. Many people viewed him as the face of the seminary, as he built strong relationships and earned the respect of those he interacted with. His work contributed significantly to the school's mission of training future ministers.

When I first heard of the allegations against Michael, I was shocked and struggled to reconcile the news with the person I have known for so many years. The behavior described was completely out of character from my experience with him.

As a Christian, I believe that all people fall short of the Glory of God and are in need of grace and mercy. While I fully respect the importance of justice, I also humbly ask and pray that grace, mercy and compassion be considered as part of this process.

Thank you for your time and consideration.

Sincerely,
Karl Bultema

Dear Honorable Philip P. Simon,

My name is Keith Bultema, I work for Middle River Marine and run heavy equipment to move sand, stone, fertilizer, and scrap metal. I have known Michael Deckinga for 20 years. He started coming to our church while he was in college. My family would invite him and his friends over for lunch on Sundays between church services.

After a few years Michael became my brother-in-law when he married my younger sister, Kim. After that we went on many family vacations together where he taught my boys how to fish. We also got to watch him teach his boys how to fish once they were old enough. We always had a great time spending time together hiking, fishing, playing games, and golfing. Golfing with Michael is always one of my favorite things to do. When me and my brothers went golfing together, we always included him with us, he was as close to me as my other brothers.

Michael was extremely involved in our church as I am. I had the privilege to co-lead youth group with him for three years. He always did a great job leading the Bible Study and horsing around with the kids. He even joined a dodgeball team with them for a tournament they had at the high school. One of our activities we did was a glow in the dark skyzone party, where he jumped around on the trampolines all night until he sprained his ankle pretty bad! I also got to serve as deacon with Michael. He was a valuable asset to our group. Everything he did was well thought out and he was great at communicating! He knew how to run meetings and keep them on track. He was also on our church's long-range planning committee to see if it was feasible for our church to remain in Lynwood or if it was to our benefit to move Southeast into Indiana.

Michael was also the head counselor of our Cadet program, where he would plan out the year of lessons and projects for boys ages 8-13. This always included the cadet compound where the dads were invited for the fun, in addition to the racing of pine wood derby cars the boys would make.

I also sang in choir with Michael. He has a beautiful musical talent. He is a great tenor, and also played piano for church, and his trumpet for holiday services.

Up until this time I believed I knew Michael well. We would often have conversations about our families. He would even offer to take my boys out for coffee if he wanted to intercede on my behalf when they were struggling.

Michael was the dad and husband everyone wanted to be. He always did things for his family. He took them on vacations (camping) several times a year. He was faithful in bringing them to church, Sunday School, and Catechism every Sunday. He did his best to raise his children in the grace, knowledge, and fear of the Lord. He was very involved in his children's lives. When they were in sporting events he would make sure he was there cheering them on. The past two years he even undertook the job of coaching his two sons on a T-ball team. When it came time for the tournament, he stayed out in the rain till the game was over! That was one of his favorite things to do.

Michael is a very generous man with his time and money. He was always faithful to the church and to his children's schools. When the schools had their yearly auction he would buy items and also donate to bigger causes and projects the school had.

His ambitions were to be the best father and husband he could be. He also wanted to be on the school boards so he could be informed on what was going on within the school and offer

a reformed Biblical point of view. Everyone loved Michael, he was very personable, kind, loving, approachable, fun to be around, and empathetic. Whenever you talked to him he never made you feel stupid or worthless. These qualities made him especially good at his job at Mid-America Seminary as Vice-President of advancement. Michael was very good at listening and talking to people. This helped the seminary not only raise money for an addition to their existing building, but also encouraged men to attend the seminary and pursue becoming a pastor. If you were to talk to anyone in the reformed circles they all knew Michael and had talked with Michael. He was very reliable to always do his best, show up to work on time, and get the results that the seminary was aspiring for.

Over the past 8 ½ months I have continued to be in constant communication with Michael through text, phone calls, and visits. He has expressed almost daily how sorry he is to me and how sorry he is for hurting his family, church, extended family, and community. I continue to see Michael's godly character as he seeks to minister to his family by writing letters and devotions to encourage them in knowledge and fear of God. In addition, he writes to my son Jonathan to encourage him to grow in faith and flee from temptation.

Michael is a godly man who got wrapped up in sin and is held accountable by God, the state, and his church.

We ask you to have and show mercy on Michael, my brother.

Sincerely,

Keith Bultema

To:  Judge Philip P Simon

From:  Wendy Buiter

Date:  March 3, 2026

Subject:  Michael Deckinga

My name is Wendy Buiter, and Michael Deckinga is my brother in law.  He and my sister Kimberly have been married for 15 years.  I was a stay at home mom of 5 girls and am now a stay at home grandma of 7!!

Kim and I have always had a very special relationship even though there are a number of years between us.  She helped me with my kids and I love that I can now return the favor and help her.

I have watched Mike and Kim's relationship grow over the years and it's been fun.  They have always made a great team.  Mike is a great dad to their 7 kids, always making sure to be a part of their lives.  His job allowed him to be home on time so he was able to help out in the home by making dinner, clearing the table, loading the dishwasher, putting the kids to bed and running kids to and from school and practices.  He always had a way to make everyone laugh.  Their house is run very orderly with a list of all the jobs to be done and each child taking a turn to do a job.

Mike has also had many conversations with my kids as well, leading them and talking them through tough times in their life.  Mike is a respected person in so many places.  He has been a youth group leader in their church, gave music lessons, and coached baseball for the town.  He has also written many articles in the seminary newsletter where he worked.

After Mike was arrested, it's been about 7 months now, I can truly say that Mike & Kim's relationship has grown.  I know, it seems strange, but he is truly, deeply sorry for what he did, and their relationship with their Lord has grown as well.

I have been walking this road very closely with Kim and she has received so much love and support from so many people in so many different ways.  She is encouraging her kids to have a relationship with their dad and has never missed a visit day.  The kids all color their dad pictures, white him letters, and visit as often as they can, oftentimes spending 5 hours at the jail while each one of them takes a turn visiting.  They are all  thankful that there has been 1 Monday per month that they have been able to visit.

I pray that as you deliberate on Mike's case that you give him legal mercy and I thank you for all the work you do.

Wendy Buiter

Honorable Judge: Philip P. Simon United States District Court

My name is Dave Ipema, and I am reaching out to you on behalf of my brother-in-law Michael Deckinga. I am grateful for the opportunity to respectfully reach out to you in regards to Mike. Mike has been my younger brother-in-law for over 16 years. During those years we have had many wonderful times together, but we have also walked "shoulder to shoulder" through some very difficult times. We both profess to be Christians. Mike loves his wife and seven children dearly. He is dedicated to every aspect of their lives, leading and training them in the ways of the Lord through the use of the Bible. This has become visible in his family by the fruit these efforts bear. Sadly, we were not aware of the deep dark battle with sin that Mike was engaged with and allowed to take place in his life. Our Christian beliefs recognize the authority the civil government has over us. Authority and responsibility to prosecute crime, and keep the general population safe from predators and violence. On April 21 2026 Mike will be given a sentence for the crime that he has taken ownership of. While I do not know all the details of his crime, I plead for leniency in his sentence. I plead for Mike's safety, a close geographic location to serve this sentence, a minimal time served, but most importantly the opportunity for Mike to receive help as he continues to battling this sin. Your Honor, I make this plea also on behalf of his family. Wife Kimberly, daughters Natalie, Taylor, Hailey, Anna, sons Ethan, Levi, and Seth. We pray daily for this family, hoping that this husband/father can be reunited with his family safely. Again we recognize when civil laws are violated, consequences are required. We also hold firm to the wonderful word of the gospel of Jesus that reminds us *"If we confess our sins, He is faithful and just to forgive us our sins and to cleanse us from all unrighteousness" 1 John 1:9.* In a "nutshell" that's Mike's character.


Respectfully submitted
Dave Ipema

Dear Honorable Philip P. Simon,

My name is Kristy Bultema. I am a homemaker to my husband and our five children. I have known Michael Deckinga for the last 20 years.

I initially met Michael in our church. He started attending Lynwood United Reformed Church while he attended Trinity Christian College. We often opened our home to college students on Sunday afternoon between services to offer them a home cooked meal and fellowship. Michael was always a delight to be around. He was very kind and respectful! He also started accompanying our church service by playing piano for us. After a few years he started dating my husband's sister and they eventually got married. Michael always loved my husbands family, he even allowed all 19 nieces and nephews to participate in their wedding! Since that time he has always shown up and participated in every family event. In addition, he also embraced the "Bultema way" of having multiple children, even up to seven children himself.

As a sister-in-law, I was always jealous of Kim (Michael's wife) because every time she had a child he always took a week off work to take care of her, including breakfast in bed and flowers, and would take full responsibility of the other children they had. When Kim was sick, he would take off work and take care of the kids so she could rest all day. He would often schedule his work so he could take the kids to school in the morning. On Saturdays he was responsible for the kids on Saturdays while Kim cut friends and family's hair. Birthdays, holidays, and even Hallmark holidays, he would put a lot of time and effort into making each occasion special. He made every husband and father jealous because they were never as good as him.

After a few years we had the opportunity to be youth group leaders with Michael and his wife. Mike had a great way of connecting with the high school kids! He would do Bible studies with them and make sure it was always on their level. He even joined a dodge ball team with them and went to Skyzone (trampoline park) where he jumped around under the black lights with them.

At church you would always see Michael talking with the men and high school aged men of the church, showing interest in their lives and encouraging them.

In addition to youth group, Michael was also voted to serve as Deacon for our church for two terms. He was always good at working with and serving people, especially those who may have had needs. He also was head counselor for the church's Cadet program, where he led and helped young boys from age 8 to 14. He lead the adult Bible study after church Sunday mornings for a few years too.

He also served on the school board at Lansing Christian School.

Michael was also very generous, he would often attend the Christian Schools auction and would "raise the paddle" to give money to whatever big project the school was undertaking, whether it was for new technology, bleachers, or community space - he was giving without getting anything directly in return. He donated to Christian Collages he hoped his own children would attend to when they were older. He was a faithful in his giving to his church.

Two years ago my brother-in-law, Kevin, was diagnosed with glioblastoma and Michael took on the job of writing updates for the family on his caring bridge page. Michael was such a blessing to our family during this very difficult time, his writing was always tasteful and gave the hope of the gospel of Christ to all who read it. At my brother-in-laws funeral he then was chosen to write and read his eulogy.

He was asked to be a speaker at his daughter's eighth grade graduation.

Michael's family meant the world to him. He was a great father, good provider and leader for his family. He was very deliberate in the choices he made concerning his family as to where they lived, attended school, and attended church. He always made sure they went on family vacations. They started camping early in their marriage and always went when the kids breaks allowed. He brought them too many state parks where they did a ton of hiking and site seeing.

Michael was always dedicated to his work. He loved his job as Vice President of Advancement at Mid-America Reformed Seminary where he raised money to help for the college. He believed in the work, value and direction of the school and wanted to help support them in every way he could. He was very good at his job. Michael is very friendly and easy to talk to. Always made it a point to greet everyone. Everywhere you went in the Reformed circles, people knew Michael Deckinga. He was in charge of Mid-America's golf outing and of the Center of Missions and Evangelism annual conference. He would often be the Master of Ceremonies for these events as well. Unfortunately, this also led to many days of travel away from his family.

Over these last twenty years Michael has become a beloved family member, not just another brother-in-law, but a brother.

Since Michael has been incarcerated we have kept in communication with him by texting him once a day. Michael is a very broken man. He realizes the immensity of his mistake and that it has cost him everything! Michael's heart breaks that this situation has ended in the abandonment of his family. That was the last thing on earth he wanted to do. He never questions anyones dislike of him and or hatred toward him. He is very remorseful of his situation but also for all the pieces he has left behind for his extended family to pick up. He also knows that God is in control of everything that is going on. God is the only thing he has left. He spends his time praying and reading God's word, reminding himself that God is doing this for his good and for God's glory. We encourage him to look too God for strength and that He is walking with Michael as he going through this. And in typical Michael fashion, he is also encouraging us in our faith along the way.

I believe Michael is a good, godly man who was trapped in an addiction but didn't know how to get out. He has recommitted himself to the Lord. Michael has continued to be the best father he can be to his family in this situation.

He understands the mistakes of the past do not have to define who he is today. In Christ, he is a new creation, and in that light he is using his time now to grow in knowledge, fear, and love for God. Michael also seeks every opportunity to minister to his family by writing daily devotionals for them to read, calling them so he can read the Bible with them, pray with them, and sing with them. In addition to that he writes letter to all seven of his children every week. He loves God, his wife, and children.

I pray you have mercy on Michael Deckinga.

Sincerely,
Kristy Bultema

Dear Honorable Philip P. Simon,

My name is Kurt Bultema and I am writing this letter in regards to the upcoming sentencing for Michael Deckinga. I am 32 years old, married for 10 years and have 4 children. I have known Mike for about 20 years. Mike was a good friend of my older brother, Karl, before marrying my sister Kim, making Mike my brother-in-law. Throughout the 20 years I've known Mike, I feel our relationship has grown stronger and stronger. I consider him a brother and one of my best friends. Over the past few years, it seemed that we just did "life" together. Between family vacations, dinners, birthday parties, golfing, coaching our son's baseball teams, Mike and I did everything together.

Not only would I consider Mike a brother and friend, but also someone that I truly looked up to. Mike was the role model father, husband, friend, Christian man that we all strived to be. He cared so much for his 7 children and loved them deeply. He would do anything for their well being and strived to teach them more about the Christian faith. His kids all respected, loved and looked up to him. As a husband, he always treated Kim with respect and cared deeply for her.

Mike was not only someone that was liked and respected within our family, but also within our community, churches, and schools. His vocation allowed him to meet new people all around the world. As Mike traveled the country, everyone he met realized that Mike was not doing this job for his personal gain, but to make the world a better place by growing and developing the seminary, ultimately gaining more pastors to preach the good news of Jesus Christ. He served as a deacon and on the school board. These are roles that are not taken lightly and require a high level of respect from those around him. Mike was loved and respected by everyone that he met.

On August 13 when Mike was arrested, my brother Karl called me to tell me the news. He told me that Mike had been arrested and the reason why. After a slight pause, I said, Mike who!? Surely this could not be the Mike that I know and love. Karl again said, it's MIKE. Once again, I needed further clarification, Mike who!?. Karl then proceeded to tell me Mike Deckinga. You see, (and this is not an exaggeration) Michael Deckinga may have been the last person I would have thought to commit a crime. I knew Mike as the loving father to his 7 kids, the loving husband to his beautiful wife, the loving brother who would have done anything for me, and even the fun uncle who loved my children.

This situation has really been difficult on me, my wife Laura, and even my kids. Someone we loved so much is now in a jail cell. As the months have gone by Mike and I have talked and visited many times. He has repeatably asked for repentance. After some time, thought, and a swallowing of my own pride, I told Mike that I forgave him. Not

because he didn't hurt my sister, my nieces/nephews, wife, children, mom, dad, etc, but because I truly feel he is sorry for what he did.  I truly believe that he is remorseful and will do everything in his power to make it right.  I forgave Mike because I love him, respect him and believe that if truly repentant, deserves a second chance.

Respectfully submitted,

- Kurt Bultema



Honorable Philip P. Simon

United States District Court Judge,

My name is Laura Bultema. I am a stay at home mom of four children seven years old and under. I am writing on behalf of Michael Deckinga's upcoming sentencing. I have known Mike for around 15 years and became his sister-in-law almost 10 years ago. My husband Kurt and I are very close with Mike and Kim. Our families enjoyed spending time with each other, whether it was a week night or a family vacation, we were always together. Over the years I have gotten to know and love Mike very well. I always looked up to him as a big brother, a strong Christian witness, and a parenting role model.

From the moment I met Michael, to the Mike I know now, he has always been a genuinely kind person. He is engaging, charismatic, and easy to talk to. He makes everyone around him smile and feel at ease. When Kurt and I needed advice about school, work, home life, etc he was someone we would talk to. We respected his thoughts and opinions.

Michael is dedicated to his seven kids and his wife Kim. He was very involved in his family's life. He helped with the kids' school work, made dinners, played sports, went camping, taught them about God, and so much more with his family. Now he shows his love and support by writing letters and devotionals for them. His children love and miss him. He has voiced his concern for his family to me and ask that we made sure they were always taken care of. He loves his family and I believe he would never do anything to destroy that again.

Michael is a great Uncle as well, from coaching baseball, hiking, fishing, to making his special popcorn for family movie nights. My children miss their goofy Uncle Mike. They often ask to call him, visit him, and beg to know when he can be free. They have cried with their cousins and can't wrap their minds around him being taken from them. My children do not know and cannot understand why Mike was arrested. However, Mike has asked for forgiveness from our family and understands how his actions have hurt us as well as many others.  I believe his apology to be true.

On August 13 our hearts shattered as well as the world around us. It was impossible to believe that the Mike we all knew and loved could be arrested for the things he was convicted of. As a mother of four children I do not take his actions lightly. My heart aches for the children involved. For a long time I felt like the Mike I knew was all a lie. However, in every single interaction I have had with Mike since, I have only seen and heard sincere remorse for his actions. I believe Mike is genuinely sorry, not "sorry" for himself, but deeply sorry to all those he hurt. I came to realize that Mike is still the wonderful man he always was, he just fell into a dark addiction and made horrible decisions. I have no doubts that

Mike will never commit those crimes again. Not only do I know he will hold himself accountable, I know our family and church family will hold him accountable as well.


Respectfully submitted,

Laura Bultema

Dear Judge Phillip P. Simon,

My name is Madelyn Uittenbogaard. I am a stay-at-home mother to two young girls, ages 3 and 1. I am writing on behalf of my uncle, Michael Deckinga. He married my aunt over 15 years ago, and I have known him since I was about 10 years old. Over the years, I have come to know him as a funny uncle who enjoys making others laugh, a loving husband who set an example of what I would one day look for in a spouse, and a gentle yet confident father who has influenced how my own husband parents our children.

I have had many years to build a genuine relationship with Michael. I consider him to be an honest, practical, and transparent person. He has always shown thoughtfulness and a sincere interest in others during our conversations. I have appreciated listening to him speak about his goal of raising his children know and love the Lord. We have also spoken about contributing to one's community not only through work, but through involvement in church and school. He has been a consistent source of encouragement and guidance in my marriage and family life.

Since his arrest in August, I have had limited contact with him through the NCIC visitation app. In each interaction, he has expressed sincere remorse for his actions and has offered heartfelt apologies. He often shares his prayers for his wife and children and expresses a desire to make things right. He also asks that I spend time not only praying for him, but for his family and friends. Although my contact with him has been brief, I believe he is taking responsibility and seeking to grow from this situation.

Michael has the support and forgiveness of my family, and we hope that, in time, he will have the opportunity to rebuild his life and continue to grow from this experience. I hope and pray that the Court consider my perspective on his character when determining his sentence.

Sincerely,
Madelyn Uittenbogaard

To the Honorable Philip P. Simon,

My name is Derk Deckinga Sr, I am the grandfather of Michael Deckinga.  I am 94 years of age.

I have known Michael Deckinga since birth.

I consider Michael Deckinga to be honest and a law abiding citizen.

 Michael Deckinga has always been a thoughtful and caring young man.

Michael Deckinga has been a faithful servant in his church and active in his children's school and a model father in the upbringing of his children.

Michael is well liked and respected in the community.

Sincerely,


Derk Deckinga Sr.

March 9, 2026

Honorable Philip P. Simon
United States District Court Judge
RE: Michael Deckinga

Dear Judge Simon:

My name is Jerry Dykstra. I was a computer programmer for 47 years, the last 34 at JP Morgan Chase. I am now retired. Michael Decking is my nephew. My wife is the sister of his mother, Sandra. I've known Michael since he was a baby. Michael's parents, Derk and Sandra Deckinga, adopted Michael after years of trying to have a baby. He was much wanted and loved. I never saw his parents treat him any differently than if he was their own flesh and blood.

I saw Michael often at family dinners, holidays, and birthdays. I never saw him behave in an inappropriate manner. He was always a well behaved person and I would say a good son.

When we heard the news about Michael's crime, we did not believe it. It just did not compute with the Michael we know. He was always involved with his church, serving multiple terms as a deacon. He was musically talented, able to play both the piano and the trumpet. He was excited about his work at Mid America Seminary, where he was a fund raiser. He even wrote devotional columns for their website.

Michael loves his wife and his kids. In a thank you note he sent us in 2022, Michael wrote: "Kim is still as beautiful as the day I married her, and is a tremendous support to me." Seeing them interact together, you would think the same thing.

Sincerely,

Jerrold L. Dykstra

We are writing this letter to inform you of what we have seen and what we know of Michael Deckinga's character.

We are David and Beverly Kramer, uncle and aunt to Kim Deckinga, his wife. David Kramer is a retired self-employed truck driver. Beverly Kramer is a retired new construction cleaner.

Michael Deckinga came and joined our church, Lynwood United Reformed Church in Lynwood, IL. Michael and Kim were both in the same group of young people and began dating and married September 5, 2009. They were two fine christian young people joined as one in the Lord, where God was the head of their household and their lives. Michael was a devoted father who loved his wife of sixteen years. Michael took excellent care of his wife and children showing his love for his wife and children in all he did for them. Michael was very helpful with his children. He would put his seven children to bed and making breakfast, lunch, or dinner whenever needed. Michael would take over total care while Kim would take care of her hair appointments in

-2-

the basement. I was there many times for hair cuts over the years. The last time I was there in August of 2025, Michael took all of his children swimming at his Mother-in-law's pool, so Kim could take care of her hair appointments.

Michael became very active in our church beside his full time job. Michael loved music. He was so talented! He played piano for our church services, he sang in the church choir and also played trumpet for special church services. We were blessed by his many talents. He shared with others giving piano and trumpet lessons. Michael was elected to serve as a deacon in our church. He was a cadet counselor for boys in church 2-8th grades. Michael and Kim were also young peoples leaders. They were a fine example to our young people. They led Bible lessons and had fun activities with them.

Michael was so helpful with others! I had some trouble sending an invitation announcement to our bulletin secretary and he gladly helped me out and forwarded it to her. Michael always willingly helped

-3-

wherever he was needed, giving God all the praise and glory for his gifts and talents! Michael truly cares for others and does his best to help wherever there is a need.

Michael loved his job at the Mid-America Reformed Seminary. He gave his heart and soul to his job, always giving 100%.

Michael is honest, law abiding and giving!

Michael also has an impeccable reputation at his home, at work or at his church. All who know Michael, greatly respect him!

We understand Michael is truly remorseful for his sins! Our God is faithful to forgive us our sins and cleanse us from all unrighteousness!

David and Beverly Kramer

We believe a long sentence for Mike Dieckinga would be a worse sentence for Kim Dieckinga and their seven children

March 16, 2026

Honorable Philip P. Simon
United States District Court Judge

RE: Michael Deckinga

I am James W. DeVries. I retired in 2018 after working in the trucking business for forty eight years. I am seventy-seven years old. I am not sure how long I have known Michael Deckinga, but it would be ever since he married my niece Kim. Kim is my sister's daughter.

I have gotten to know Michael Deckinga through family events, Christmas parties, baptisms at their church and occasionally at school events. When I saw Michael Deckinga I found him to be of the best character. Michael Deckinga is loving for his wife, family and dedicated to his church. I have always thought Michael Deckinga was thoughtful and concerned for others. I feel Michael Deckinga was always well liked, very dependable and giving of his time. I always found Michael Deckinga's character to be above reproach.

I find it difficult to imagine that Michael Deckinga having been caught up in the behavior that he has pled guilty to. Michael Deckinga has written me a couple of letters and he seems to be very repentant of his behavior.

Respectfully,

James W. DeVries

James W. DeVries