March 27, 2026

To the Honorable Philip P. Simon
United States District Court Judge

Re: Character Letter for Michael Deckinga, Case No. 2:25 CR 85

Dear Judge Simon,

My name is David Burney, and I have known Michael Deckinga for approximately 17 years. I currently serve as Senior Director of Operations and People Services at Bible League International and previously served nearly 10 years as a police officer for the City of Hobart, Indiana. I share that background only to make clear that I do not approach this matter lightly. I understand the seriousness of criminal conduct, and I do not write to excuse, justify, or minimize the gravity of Michael Deckinga's offense. I write to offer the Court my sincere and personal perspective on the character of the man I have known for many years.

My wife and I have had a close relationship with Michael Deckinga and his family over the years, including spending time together in family settings and vacationing together. Because of that closeness and duration of relationship, I believe I know him well and have had the opportunity to observe him in the ordinary rhythms of family life, friendship, faith, and parenting.

In my personal experience, Michael Deckinga has been deeply devoted to his family. As a father, I have seen how much of his life centered around raising and supporting his seven children. I know he loves them deeply. For many years, I admired the seriousness with which he approached his responsibilities as a husband and father. I observed him pray with his family, lead devotions, and live out his faith daily in his home. He was actively engaged in his children's school activities and sports, and he consistently took time to teach them practical life skills.

I also observed the intentional way he invested in each of his children individually. Michael Deckinga loved to fish and passed that love on to all of his children. What stood out to me was that he did not appear to play favorites, but instead was thoughtful and intentional with each one of them. He also taught piano and trumpet, not only to his own children but also to others in the community. In my experience, he has been thoughtful toward others,

generous with his time, and committed to investing in both his family and the broader community.

As a friend, Michael Deckinga has been someone I could call on in a pinch for advice and counsel. He has been a thoughtful source of guidance to me on matters of family, faith, and life. In my experience, he has been willing to listen, steady in his support, and ready to help when others were in need.

Before this offense became known, Michael Deckinga had a strong reputation among those who knew him. He was often entrusted with leadership roles because of the character he demonstrated over many years. I know that he served on the school board and was looked to as a leader in his church, at work, and in his home. While his reputation has understandably suffered because of this offense, I have chosen to remain Michael Deckinga's friend, not because I excuse what he has done, but because I believe he still needs the presence of faithful friends, and because over the years he has been that kind of friend to others, including me. That is part of the man I have known Michael Deckinga to be.

Since Michael Deckinga's incarceration, we have also communicated by text. In those exchanges, particularly early on, he consistently demonstrated a tone of remorse and humility regarding his situation. He expressed deep regret for his actions and real concern for his family. What stood out to me was that even while facing incarceration himself, he still took time to encourage me in my faith and challenge me to examine my own life honestly and address sin where it was present. I do not offer that to diminish the seriousness of his offense, but as part of my personal observation that his remorse appeared sincere and that he has been reflecting seriously on his wrongdoing.

I fully recognize that the offense before the Court is profoundly serious, and nothing in this letter is meant to diminish that reality. Although learning of this offense was deeply sobering, my long personal experience with Michael Deckinga still leads me to believe that the qualities I have described are real and were consistently present over many years. I simply ask the Court to consider the whole of Michael Deckinga's life as I have known it over these many years.

Thank you for your time and consideration of my perspective.

Respectfully,

David A. Burney

The Honorable Philip P. Simon
United States District Court Judge

Dear Judge Simon:

My name is Nathan Brummel, and I am Professor of Systematic Theology and New Testament at Divine Hope Reformed Bible Seminary, a dedicated prison seminary. I spend three to four days each week in the Danville Correctional Center in Danville, Illinois and the Indiana State Prison in Michigan City, Indiana. Our seminary offers a four-year Bible college to individuals in custody in several prisons in Illinois and Indiana. Therefore, I have contact with convicted men (included men who are convicted for child sex crimes).

I had limited contact with Mr. Deckinga prior to his arrest. Following his arrest I have spent one hour each week on the telephone with him, providing mentorship, counseling, discipleship, and encouragement.

I am requesting leniency and mercy for Mr. Michael Deckinga for two reasons. First, as I am sure that you are aware, he has confessed his sins and repented of them. His own church has recognized this, and as a result he is not under Christian discipline. He has repeatedly demonstrated humility and sorrow for his sins. He wants to live a new and godly life. His desire is to be a godly husband to his wife and a godly father to his children. He has demonstrated this by how he has shown loving, fatherly leadership to his numerous children even while being incarcerated in the jail. He has humbly worked at restoring his marriage.

The second reason why I am requesting leniency is the *more weighty one*. I have spent the last fifteen years teaching full-time in the campuses that our seminary have in Danville Prison, the Indiana State Prison, and Westville Correctional Facility. Prisons are supposed to be places for moral reform. They are meant to be places of correction. Our seminary exists to provide theological education for moral transformation. But programs like ours are rare. Individuals in custody do not receive sufficient or good quality treatment for their sins or sinful addictions.

Mr. Deckinga is embedded in a Reformed church and community where there is accountability and the resources for his moral transformation. The deacons at his church (or the church I attend in DeMotte, Indiana) would provide the financial resources for expensive psycho-therapy and counseling. The elders at his church will provide moral accountability. Mr. Decking is embedded in an extended family that will watch over him. The wider community of local pastors and professors are also involved in his life. At present he is being mentored weekly by multiple pastors.

Mr. Deckinga is in a unique situation compared to other men who are convicted of child pornography. He has a church, extended family, multiple pastors, and a community that can and will provide moral accountability and support for his moral rehabilitation. They can do this far better than could occur within a correctional center.

Grace and peace,

Nathan Brummel
Professor of Systematic Theology and New Testament
Divine Hope Reformed Bible Seminary

Honorable Philip P. Simon
United States District Court Judge
Northern District of Indiana

Tuesday, March 24, 2026

Dear Judge Simon,

I am writing this letter on behalf of Michael Deckinga, whom I have known for just under 5 years. I currently serve as the Head of School at Crown Point Christian School, where six of Michael's seven children have been enrolled. His oldest daughter, Natalie, graduated from our school last year, and his youngest child will likely attend in the future.

During the time I have known Michael, I have come to know him as a man who consistently sought to live with integrity within both his church and school communities. He has served as a deacon in his church and as a board member at another sister Christian school. For the past two years, he has also been nominated to the Board of Trustees at Crown Point Christian School. In my many conversations with Michael, I have appreciated the way he has sought to balance truth and grace in his dealings with others, and it is this commitment to integrity that has made him a trusted leader in both his church and school communities.

Professionally, Michael served as Vice President at Mid-America Seminary, where he helped lead the institution through a season of record enrollment and the completion of a significant building project. His leadership demonstrated diligence, vision, and care for the people under his responsibility.

It is deeply painful to acknowledge that Michael has committed a grave sin. Learning of the darkness he chose to participate in has been heartbreaking for those who know him. Over the past several months, I have chosen to visit with Michael personally because I wanted to hear his heart and understand how he is processing what has happened. In those conversations, Michael has not minimized his actions. He stands before this Court as a sinner in need of God's grace, fully aware that there are serious consequences for what he has done. In my visits, I have seen meaningful growth in Michael as both a father and a Christian, marked by a deep awareness of his own sin and need for forgiveness,

along with a sincere desire to restore what has been broken. He has expressed genuine remorse and has demonstrated a willingness to accept responsibility for his actions.

As someone who respects Michael and grieves the choices that have brought him before this Court, I ask that you take into account both the seriousness of his offense and the totality of his character and life. I believe Michael is committed to repentance and to meaningful change. I also believe that God can redeem even broken circumstances for good through humility, accountability, and transformation. I, for one, am committed to walking alongside him through restoration.

I respectfully ask the Court to consider mercy alongside justice in determining Michael's sentence, taking into account his contrite heart and his desire to engage in the healing and restorative work that must follow. A limited sentence would allow him to begin addressing the harm caused and to continue the long process of repentance and restoration.

Thank you for your time and for your careful consideration.

Respectfully,

David Te Grotenhuis

To the Honorable Philip P. Simon
United States District Court Judge

Re: Sentencing of Michael Deckinga, Case No. 2:25 CR 85

Your Honor,

I am writing this letter to provide a character reference for Michael Deckinga, whom I have known for over 24 years after meeting him during our first year of college. Since 2002, Michael and I have been coworkers, roommates, and extremely close friends. I consider him a brother. We have navigated adulthood, marriage, and fatherhood side-by-side, while our families have grown close through decades of shared meals, camping trips, and life milestones.

Throughout our long history, Michael and his wife have been like an uncle and aunt to my four children. I have personally witnessed him show deep care and concern for their well-being, and I have always trusted him implicitly with the best interests of my family. Seeing him in the role of a father to his seven children, I have consistently observed him to be loving and present.

I want to be clear that I am aware of the crimes for which Michael has been convicted. This news was a profound shock to me, as it stands in stark contrast to the man I have known for two decades. I do not condone his actions, and I recognize the gravity and the unacceptable nature of these offenses.

However, since his arrest, I have spent significant time conversing with Michael. I have seen a man who is deeply remorseful and broken by his actions. While Michael has always been a man of faith, I have witnessed him dive much deeper into Scripture and his relationship with the Lord during this time of reckoning. I believe he is experiencing a genuine desire to repent and fundamentally change his life.

I respectfully ask that you consider leniency during his sentencing. My hope is that he may eventually return to his wife and seven children to fulfill his responsibilities as a husband and father—roles I have seen him carry out with love for many years. I am committed to remaining in his life to offer accountability and support as he seeks to rehabilitate and make amends.

Thank you for your time and for considering my perspective.

Sincerely,

Nathan Laning

**James Iwema**

4/1/26

**The Honorable Philip P. Simon**
United States District Judge

**Re: Character Letter for Michael Deckinga**

Dear Judge Simon,

I have had the privilege of knowing Michael Deckinga for over 20 years. We first met at Trinity Christian College, and our friendship has continued over the years. After college, I moved to Iowa while Michael remained in the Chicago area, but I would often see him when visiting for holidays and other events, as he attended church with my parents. Later, our paths crossed more frequently through work, which gave me additional opportunities to observe his character.

Michael has always been actively involved in his church and was a valuable asset to his former employer. I was genuinely shocked to hear of his arrest, as I have always had a great deal of respect for him. From my perspective, before his arrest he was a good father, a devoted husband, a caring son, and a faithful member in good standing at his church.

I recognize that sin can have a powerful hold, but I also believe in the forgiveness found in Christ. While Michael's life will certainly be changed by this situation, I believe his identity is in Christ, and through recent conversations I've had with him it seems to be that he desires to move forward with humility and repentance.

In my opinion, Michael Deckinga always was a man of good character, and I respectfully ask the Court to take into consideration the many positive aspects of his life and the impact he has had on those around him.

Thank you for your time and consideration. Please feel free to contact me if additional information would be helpful.

Sincerely,
James Iwema

Honorable Philip P Simon

United States District Court Judge

Your Honor, my name is Nick Ahrens. I am a bi-vocational Pastor in the Christian Reformed denomination as well as a long-time business owner. I have known Michael Deckinga since the day he was adopted by his parents, who my wife Linda and I have known since grade school.

I am sure that there will be all kinds of people that will be writing to you about Michael's work ethics and character and integrity – as well as his love for the Lord and his family and his church family and community. So, I will just simply concur and say that Michael has always been as driven and kind and upstanding a person as there is and you would be hard-pressed to find anyone with something bad to say about him.

All that being true, it is also true that Michael has been hiding and feeding a sinful dark side that none of us, that know him well, would have even suspected - so I do not envy the position you are in as you try to impose a fair sentence.

Fortunately, Michael fully understands that his addiction is something that has to be managed every day for the rest of his life. Fortunately, Michael has friends and family and a community that will actively monitor him and hold him accountable for the rest of his life.

In my humble opinion, Michael will be a minimal risk and a maximum benefit to society and should be considered for a minimal sentence.

Thank you for taking the time to read these words and for your service toward making our community safer and more civil.

Sincerely,

Nick Ahrens

To whom it may concern,

My name is Rev. Johnathan Allen, and I am a Christian minister. I've known Michael Deckinga since January 2020, when I started as a student at Mid-America Reformed Seminary. The seminary being the place where he worked. From those early months at the seminary unto now, I've considered Mike a friend and a great encouragement to me in my studies and now in ministry.

As to his professional capacity, he was quite capable and led the seminary in great building projects and growth. As to his personality and friendship, he was both encouraging and uplifting to spirits. He possesses a great sense of humor and always made me laugh. Yet, he wasn't merely a humorous fellow. He was serious about his family and seeing his children succeed in life. From what I knew of his reputation as a churchman, serving as a Deacon, he was quite capable. The same was often said when he served various organizations assisting boards. I don't think Mike had any enemies, as he was well-loved by all.

Like any that knew him, I was shocked and deeply saddened by the recent developments in Michael's life. In fact, it kept me from contacting him directly for some time. Yet, my heart being burdened by the love and friendship we had previously, I felt compelled to reach out to him. For this, I am thankful. He is so very broken over his sin and transgressions. He has cast himself upon the mercy of Christ Jesus, whom he knows has called him to submit to the legal process. It is through tears that his sorrow has so evidently been demonstrated to me and to others he has spoken with.

Thank you for the opportunity to speak of Michael Deckinga's character in this important juncture.


--
Sincerely,

**Rev. Johnathan Allen**

March 21, 2026

re: Michael Deckinga

To: The Honorable Philip P. Simon
United States District Court Judge

Dear Honorable Philip P. Simon

We are Ed & Nancy Kawa & we are
now retired, Ed worked for
Ozinga Redi Mix, & I worked
for Princeton Builders. We have
been friends with Derk & Sandy
Deckinga (Michael Deckinga's parents)
for over 50 years, they are
hardworking, church going & very
caring people. We were there
when they welcomed Michael
Deckinga in their home, they were
so excited & blessed to have him.

Michael Deckinga was a typical
boy filled with energy. He went
to the christian school & church where
he was very involved. He was very
talented, he plays trumpet & piano

- 1 -

As he got older, he would go to my parents house (they were sick at the time) and play his trumpet for them at Christmas time & many other times. They so enjoyed this especially that he would take the time to do this as a young boy but he loved doing it.

We would vacation with his family & he loved being at the lake fishing & swimming.

After his graduation he went on to work & got married. He worked hard to provide ~~for~~ for them raising his ~~children~~ children in the church & school. He was involved in their lives by attending the activities they were involved in & just by being a husband & dad.

His work involved raising funds for the Bible institue he worked

—2—

for and we understand he was
very dedicated + good at it
and was excited to be doing his
work.

Yes we do consider him to be
honest + law abiding.

We were very shocked to hear
of his ~~violation~~ violation of the
law and feels he has remorse
+ is very sorry for his mistake.


Sincerely

Ed + Nancy Kawa

— 3 —

March 10, 2026

Honorable Philip P. Simon
United States District Court

Your Honor,

My name is Nancy Guth. I am 58 years old and am a retired paralegal. I live in Eastern Indiana with Bill, my husband of 37 years. We moved to Indiana in 2023. Prior to our move, we lived in the south suburbs of Chicago for my entire adult life.

I met Michael Deckinga (hereinafter Mike) when he was adopted as a baby. We attended church with Mike's parents and were able to get to know him in that capacity. We played cards with Mike's parents over the years every month until we moved away. Mike's parents continue to get together with us for long weekends and remain good friends. Mike is a few years older than our daughters, but I was able to watch him grow up as our children attended the same small school as Mike.

Shortly before Mike got married, he started attending his wife's church. Mike's new church was also my parents' church so I was able to continue to talk to Mike periodically while visiting my parents. I enjoyed listening to Mike play the trumpet in my church as well as in my parents' church. Mike would periodically attend my church on a Sunday while visiting his parents, and I would be able to chat with him again for a short visit.

I have met all of Mike's children as well as his wife on multiple occasions. While I have not had a regular first-hand relationship with Mike since he got married because I didn't see him as often, I am always happy to speak with him and catch up on his life whenever the opportunity arises. He has always been kind and taken the time to inquire about my well-being. Mike's parents keep me apprised of his career advancements and fun things as well as difficult things that are happening in Mike's life. I regularly hear stories of Mike's volunteer work and sharing his love of music with his children.

Mike's wife is the sister of my cousin's wife. I include this information because I continue to hear from my cousin about Mike and his outings and vacations with his wife's extended family. I know that my cousin and his wife continue to support Mike and believe he is remorseful for his violation of the law. I too believe Mike is showing remorse and regrets his previous decisions.

My husband attends a golf fundraiser outing every year for the seminary for which Mike most recently worked. Mike organized the event and was openly praised and thanked every year at the event for his hard work and dedication to the seminary.

Anyone I have met who knows Mike has had high praise for his character, including me. Mike has shown himself to be competent and follows through with everything he promises to do. Mike is a person I would consider to be honorable and motivated. Mike sets goals and accomplishes them.

March 10, 2026
Honorable Philip P. Simon
United States District Court
Page 2


promises to do. Mike is a person I would consider to be honorable and motivated. Mike sets goals and accomplishes them.

Mike has shared his love of the outdoors by taking his family on multiple campouts and hikes. Mike has shared his children's passions by volunteering as a coach on his children's teams. I have seen Mike laughing and playing games with his children, and I have always had the opinion that Mike is loyal to his family and friends. That opinion has not changed in light of the charges against Mike.

To the best of my knowledge, Mike is well liked in his many environments, both personal and professional. Mike has a great sense of humor and gets along with anyone he meets, one reason I believe he excelled in his career at the seminary.

Sincerely,

Nancy Guth

Douglas and Dawn Terpstra

March 30, 2026

Dear Honorable Philip P. Simon
   United States District Court Judge

We are Douglas and Dawn Terpstra and are writing on behalf of Michael Deckinga. We have known Michael since he was adopted as a baby and have known his parents and both sets of grandparents, who were members of the same church family as us. It was in this setting that we were able to interact with Michael. We watched as he grew into a fine young man. We both have served in leadership roles at the church, including children's ministry, and knew Michael to be a courteous, respectful and happy young man. As Michael grew to adulthood, we observed his desire to serve people with his gifts. He played trumpet at church on a number of occasions.

We were privileged to witness Michael's wedding to Kim and his commitment to her. We saw that he held responsible jobs at both Sherwin Williams and then in administration at Mid America Reformed Seminary. He worked hard to provide for his family and was respected for that. He enjoyed time with the family on camping trips and a cottage in Michigan and is a caring and loving husband and father.

Michael is well respected in his community, as witnessed by his selection as a deacon in his church. He was also invited to be the speaker at his daughter's 8th grade graduation from Crown Point Christian School, which he graciously accepted.

We fully recognize the crime he committed and his guilty plea and in no way want to minimize that. We are truly disappointed in the decisions he made. However, we feel that he is a solid caring individual who wants to provide for his family. We also know his parents and extended family and friends. We know there is a solid network for rehabilitation that is prepared to guide and direct Michael on a path toward accountability, personal growth and restored relationships. Please consider this in your decisions regarding his sentencing.

Respectfully submitted,

Douglas and Dawn Terpstra

Honorable Phillip, P. Simon

United State District Court Judge

My name is Todd A. Maatman and I am a plumbing Contractor. I have known Michael Deckinga for several years after he joined our church. I know him through his faithful membership in our church and leader of many activities for our congregation. My current relationship with him is a friend, fellow believer, member of our church family, customer, and I'm one of his church elders. I know him well by seeing him twice a Sunday at church and many of talks before and after church and spending time with him at church functions.

As far as Michael Deckinga's character I consider him to be a good Christian husband, father, leader of his family, faithful member of our church who has served as a deacon and leader of many groups and who was honest, law abiding and was generous with his time, talents, and giving faithfully to church budgets and offerings. By leading in our church he showed concern for others.

Michael Deckinga showed many ambitions in life with his work on the job, in his volunteer work at church and spending time with his children and wife. Michael Deckinga made a large contribution to our church family and to the seminary where he worked which provides our churches with pastors. Michael Deckinga had a great reputation in our church, the seminary, and our denomination.

From what I know Michael Deckinga was well liked at his job, churches in our denomination thru out north America, and in our church family, and especially by his personal family of which several dozens go to our church.

On a personal note I miss his loud and great singing voice. I also saw his love for his family a few years ago when his brother in law who has a large young family went thru cancer treatments and died from it, Mike did so much for that family raising money and helping with the family.

The Mike I know and have commented on broke the law and worse than that sinned against God Almighty. I know that we all sin and all need Gods forgiveness. I believe that Michael Deckinga knows that he sinned against God, his family and the laws of this great country. As a elder in our church I have heard and read his confession of sin and breaking the law to us and more importantly God Almighty. He knows he has done wrong and I believe his wife, family, church, and God forgives him as he does for all of us who by his grace put our trust in him.