# Character Reference Letter
# for Michael Deckinga

April 10, 2026

To the Honorable Judge Philip P. Simon

I am writing this character letter for Michael Deckinga, a client of Peter L. Boyles, attorney at law.

## Background and Relationship

I am an ordained pastor in the United Reformed Churches of North America. Michael Deckinga, his wife, and children are members of a church that belongs to the same denomination. I have known Michael Deckinga as an acquaintance through a common church-related institution for several years. Michael Deckinga was the vice president of advancement for Mid-America Reformed Seminary. I graduated from the same institution at least two decades before Michael Deckinga started working there. Consequently, I knew of Michael Deckinga and had minimal interaction with him because of my ongoing contact with the seminary. However, I have gotten to know Michael Deckinga more personally since his arrest in August of 2025. I felt uniquely equipped to reach out to Michael Deckinga because of my 30+ years as a pastor and for the past twelve years I have been a Bible instructor for Divine Hope Reformed Bible Seminary, which is a prison-based discipleship training ministry in the states of Indiana and Illinois.

## Personal Meetings and Discipleship

In early January I started meeting regularly with Michael Deckinga and now we meet on a weekly basis. At least once a month I visit him in person at the Hammond Police Department. Each week we spend about 90 minutes together and text occasionally in between. I am using a discipleship training program from Every Man a Warrior to guide our weekly meetings. We finished the first book, Walking with God, consisting of nine lessons which teaches what it means to be a godly man and how to develop the habit of having a daily quiet time with God, involving Bible reading, journaling, Bible memorization, and prayer. We have now started on book 2, Marriage and Raising Children, which trains men to live as faithful husbands and fathers. We plan to continue with book 3, which consists of ten lessons that deal with Money, Sex, Work, Hard Times, and Making Your Life Count. The last of the four books, Every Man a Pure Warrior, devotes all seventeen lessons to sexual

purity and overcoming the plague of pornography through a curriculum of seven key principles: WWW A MAP—Worship, Warfare Praying, dealing with Wounds, Amputate and Blockade, Memorizing Scripture, enlisting Allies, and Preaching the Gospel to yourself daily.

## Observations and Character Assessment

Through these meetings over the past three months, I believe that I have gotten to know Michael Deckinga beyond the superficial. I believe that Michael Deckinga is a godly man who got sucked into a downward spiral of guilt, shame, fear, and hiding. His guilt and shame started with legalized pornography and masturbation. He knew it was wrong but felt trapped by natural desires. He sensed he needed help but feared the shame of having to admit his wrong and face the consequences, so he kept it secret while trying to stop on his own. Often, sinful habits (i.e. addictions) grow from bad to worse without external intervention. That seems to have been the case for Michael Deckinga, who continued down a deeper path by compromising his conscience. Eventually, he crossed the line into criminal activity. This explanation is not intended to absolve Michael Deckinga or excuse his shameful behavior, but to acknowledge the reality of his destructive path into criminal activity. A correct diagnosis must precede a successful prognosis.

## Positive Response to Arrest

When Michael Deckinga was arrested, he was finally free to stop hiding and face his sinful behavior. Instinctively, Michael Deckinga earnestly sought God through Bible reading and prayer on his own. From August through December (before I had started meeting with him), Michael Deckinga was spending hours each day reading the Bible and journaling his reflections. His reflections were personal and honest. By his own admission, he avoids anything that would entice him and stir up his fleshly desires. Michael Deckinga sits with his back to the TV in the dayroom, walks away from lewd conversations, and abstains from reading books or viewing magazines that would stir up sinful desires. When tempted to relieve himself through masturbation, Michael Deckinga stays in public instead of isolating himself in private.

## Remorse and Transformation

Michael Deckinga hates his sinful habit and often weeps over it. He has remorse and sorrow for all his hidden addiction to pornography and masturbation—not just the criminal activity for which he was arrested. Michael Deckinga grieves over the deep hurt he has brought to his dear wife, their children, his extended family, his church, and most importantly, his Lord and Savior Jesus Christ. He grieves over the selfish desires that originate from his own heart.

Therefore, I believe God used the arrest of Michael Deckinga to wake him up to the devastating reality of his sinful and hidden behaviors. God publicly exposed Michael Deckinga's evil behavior to bring about immediate, ongoing, and long-lasting transformation.

## Acceptance of Responsibility

Michael Deckinga takes full responsibility for his sinful behavior and criminal activity. This is evident from the fact that Michael Deckinga pleaded guilty to the charges brought against him. When family members and friends express their deep hurt and wonder if they can ever trust Michael again, he owns his behavior without defending himself, excusing his behavior, or feeling entitled to anyone's pity or trust. Michael Deckinga is deeply thankful for any act of mercy toward him. In humility, he acknowledges that he is unworthy of any kindness shown to him. He does not complain about the living conditions in prison but willingly accepts his environment for what his crime deserves. Neither does Michael Deckinga demand the support of anyone but gratefully receives support as an undeserved gift.

## Family and Parental Role

Aside from his secret, sinful behavior, Michael Deckinga has always been good to his family and for them. Since Michael Deckinga's arrest in August, I have met frequently with his wife, Kimberly Deckinga, to provide pastoral counsel and support. Kimberly acknowledges that Michael Deckinga has been a good father and has spent quality time with his children. Even now from prison, Michael Deckinga seeks to care for his children by leaving encouraging messages, making phone calls, engaging them in meaningful conversation when they come to visit, and writing letters and devotional thoughts from the Bible to guide his children. Kimberly Deckinga's oldest sister (whom I know well) can attest to the fact that Michael Deckinga has been good for his own family and is also well respected by their extended families.

## Network of Support

Michael Deckinga has a strong network of love and support. Obviously, his wife, Kimberly Deckinga, was devastated by the betrayal of Michael Deckinga's secret sins and criminal behavior. Kimberly has a strong moral character and does not approve of what Michael has done, nor will she tolerate such immoral behavior. Yet, Kimberly chooses to stay in contact with Michael and makes opportunities for their children to stay connected to him. Both Michael and Kimberly come from devout Christian families that worship every Sunday and live a moral lifestyle. Both families love Michael Deckinga, hope for his transformation, and support efforts to rebuild his life.

Michael Deckinga also has the love and support of his local church, the Lynwood United Reformed Church in Lynwood, Illinois. He receives regular visits and spiritual counsel from his pastor and some elders from his church. The pastor and elders of the church take seriously the sinful and criminal behavior of Michael Deckinga and his relationship with God. They encourage their members to walk a godly life and do not overlook sin.

Beyond his family and church, Michael Deckinga also has the support of Christian friends and acquaintances such as myself. There are at least two other pastors that visit Michael Deckinga in person or by phone on a regular basis. Personally, I am committed to staying connected with Michael Deckinga for the duration of his incarceration and his re-entry to society.

## Accountability and Future Outlook

I mention the strong network of love and support for Michael Deckinga to emphasize that he is likely to have a higher level of supervision and longer accountability than any parole board could ever maintain. Supervision and accountability for Michael Deckinga started spontaneously almost from the moment that he was arrested and will continue to the end of his life. If he ever reverts to his old ways, this network of love and support is likely to recognize the problem long before it becomes criminal activity and is committed to taking corrective action with Michael so that he does not harm himself or anyone else.

## Impact on Family and Recommendation

When a man like Michael Deckinga commits a crime and gets locked up, the people who suffer the most and feel the punishment the worst are his wife and children. Incarceration adds stress to a marriage already crippled by broken trust. Children lose the direct influence of a father in their lives. Statistics confirm that children with fathers in prison are more likely to become inmates when they grow up. Therefore, I do not believe it to be in the best interest of the Michael Deckinga family to endure a long prison sentence. In my estimation, it would be better for Michael Deckinga to go home sooner rather than later. Going home sooner will be better for his marriage. What is best for Michael Deckinga's marriage will strengthen the character and personality of his children. And children with strong characters and stable personalities will make for strong and stable communities.

With all due respect,

Rev. Ken Anema,

Instructor for Divine Hope Reformed Bible Seminary

To: Honorable Philip P. Simon

United States District Court Judge

From: Rev. Nick Alons

Pastor of Lynwood United Reformed Church

Concerning: Michael Deckinga

Dear Judge Simon,

I am writing to you on behalf of Michael Deckinga.

My name is Pastor Nick Alons and I serve as the Pastor of the Lynwood United Reformed Church in Lynwood, IL. I have been Michael's pastor for the past 10 years. He and his family have been a great blessing to our church in general and to myself specifically. Mike has a gift for music and he would often share his musical talents with our congregation in his singing in the adult choir and playing the trumpet for our worship services. He was always willing and happy to help out in any way that he could. Mike could be counted on to show up for every event and lend a hand.

I also have worked with Michael at his previous work at Mid-America Reformed Seminary. Mike's job in advancement and marketing meant that he was often organizing fundraising events. I had the opportunity to work with him on many occasions. He was very gifted when it came to organizing these events in a way that was enjoyable for those who attended. Mike was very generous and kind in his work with others.

I continue to consider Mike a friend. When Mike was arrested, I was shocked. And to some extent, I continue to find it hard to believe. The crimes that he was accused of seem so out of character. Mike was always so honest, and he cares for his family deeply. Even today, while in prison, he continues to write encouraging notes and devotionals for his family. Even in prison, he seeks to make the best use of his time there. He wants to be a good example to the others in prison as well as encourage those he is in contact with on the outside. In fact, so many people wanted to visit with Mike that the prison needed to adjust some of the rules for visitation. That is how much he is loved by his family, friends and church.

After Mike was arrested, I was able to be one of the first people from our church to visit him. He was so broken and full of remorse. Many tears were shed. I continue to visit Mike on a regular basis on Mondays in Hammond. We continue to talk about what happened and what needs to change going forward. I am glad that he has pleaded guilty. I truly believe

that he is taking responsibility for his actions.  He has confessed repeatedly and has displayed a change of heart and life during my visits with him.

As I close this letter, I want to thank you for service in this case.  I know that there are consequences for actions, but I do hope for a measure of mercy.  If you have any follow up questions, I am happy to provide clarity.

Sincerely,

Rev. Nicholas Alons

2.10.2026

Honorable Philip P. Simon
United States District Court

RE:  Michael Deckinga
     Character Letter

My name is Nina Van Bruggen.  I have worked at our family's sign business for over 44 years. I am writing this character letter on behalf of Michael Deckinga.

I have known Michael and his family since our children were in kindergarten together.  My second daughter was in his grade.  I have attended the same church as his parents for approximately 35 years and have watched Michael grow up in that church.  I had attended his wedding to Kim as he promised his life to her.

I consider Michael to be an honest man.  He has shown himself to be God-fearing, God-loving and a servant of our Lord.  I believe he has been a good husband and a good father to his children.

He had, and still has, a true heart for serving God in his work, and in his church.  His parents have told me he is very repentant and remorseful.  I believe that to be true, and that he knows the scope of the damage he has done. I know of no other unlawful deed he has done in his life.

From what I can see he is a well-liked individual and strove to do his best for others. He cared for his children and family and was there for their activities and family life.  He and Kim have always seemed to be happy and content.

What Michael did was totally shocking. I can say that I am in total disbelief in his actions. Michael fell down an evil rabbit whole to say the least.  I do believe in repentance.  I do believe in forgiveness.  I also know that Michael will have to serve his punishment from the law for what he has done, as well as personal relational consequences.  There is no getting around that. What is done is done. His road ahead will not be easy, but I know God will be there with him as he carries on.

Sincerely,

*Nina Van Bruggen*

Nina Van Bruggen

Honorable Philip P. Simon,

I write this letter to you to inform you of the character of Michael Deckinga.

I am Andrew Van Milligan, a member of Lynwood United Reformed Church, a son, an uncle, a brother, a model-based systems engineer, and an acquaintance of Michael Deckinga. I have known Michael Deckinga for a majority of 15 years, but really got to know him better from 2023-2024 as I served as a deacon alongside him at my church.

As we served together, I got to see and learn much from Michael Deckinga. He was a man with a heart to serve others, and a man who from all outward actions loved his family and his church. He loved visiting the sick and elderly and would do so zealously and with a positive attitude. Within the church, many loved him and loved seeing him with his family. He had a very good relationship with his many children, and they loved going on family trips together. He looked for opportunities to serve the church and serve his family.

In particular, I remember a very difficult time for the church when his brother-in-law, Kevin Bultema (also a member of our church) was diagnosed with brain cancer. The cancer was aggressive, and we all knew his time on this earth was limited. Kevin passed in about a year, leaving behind Michael Deckinga's sister-in-law and her 5 children. During this time, Michael Deckinga was very near to Kevin's family. He provided continuous updates on Kevin's status and the needs of the family. This was a huge help to the family and removed a huge burden from his sister-in-law. I learned a lot about what it looks like to serve a family in need and much of this learning was from Michael Deckinga's example.

When the news broke last summer of the allegations against Michael Deckinga, I was in complete and utter shock. I wept. I couldn't believe what I heard. This was not the Michael Deckinga I knew, but Michael Deckinga admitted that he was guilty and expressed extreme remorse. As a man of faith, he showed genuine repentance. I had the opportunity to message him while he is in prison awaiting his sentencing, and he told me that it was something he had struggled with and something that progressively took more and more from him as he hid it from everyone. He plans to stay in contact with his family, and said he aspires to write a book when he gets out of prison on how to raise a family and be a father from prison. He has expressed how he still plans to serve the church in prison by spreading his faith and his story, a story of living an outwardly Christian life, but hiding and living in grotesque sin, but even in this, he believe his God has a plan for this.

I understand there are consequences for his actions and don't want to mitigate that fact, but I do believe Michael Deckinga has much good he can do when he gets out. I, being a Christian, am disgusted by Mike's grotesque actions, but I have forgiven him and believe Michael Deckinga will be a benefit to society after he serves whatever sentence he is given.

Very respectfully,

Andrew Van Milligan

To: Honorable Philip P. Simon
    United States District Court Judge

Dear Judge Simon:

My name is Brian Yonkman. I am a retired IT professional and have been happily married for 42 years. I am writing on behalf of Michael Deckinga, whom I have known for around 20 years. I got to know Michael through our mutual membership at the Lynwood United Reformed Church in Lynwood, IL. During that time, we served several years together on our church's ruling board (me as an Elder and Michael as a Deacon) and found him to be faithful in his duties. Over the past several months, Michael and I have maintained communications via in-person visits, phone calls, and online chats.

Through the years that I have known him and worked beside him, I have found him to be honest, law-abiding (despite his recent issues) and generous. As a Deacon (handling the church's finances and giving), he has been found faithful in the handing of funds and in his concern for others. Michael has generously given his time by serving on various committees, beside his role as Deacon. Several years ago, our church embarked on a huge study which sought to look at every aspect of our church's operations (i.e. missions, area demographics, teaching, building needs, etc.) for the purpose of improving our church. This study included some 20 church members and various subcommittees. (I was one of those members.) Michael willingly took on the position of chairman and did an excellent job in that function. He also generously shares his talents by regularly playing the piano and trumpet for our congregation.

Michael has made his family a priority in his life. Their education and extracurricular activities are of utmost importance, and he makes every effort to provide for them and be in attendance. He has taken time to make memories with his wife, children and extended family by planning vacations and trips along with making holidays and birthdays special occasions. His children have flourished in school, socially and academically and are a joy to be around.

His contributions at church, along with his solid relationships and volunteer work within the congregation, has given him an excellent reputation amongst us. Mike faithfully attends our church. He is definitely well liked and his work habits, as I have experienced them, have been impeccable.

I realize that Michael has been charged with a violation of the law, but in my visits, phone calls and chats with him he has shown deep remorse - even to tears. I believe his repentance to be sincere and, when released, will lead a law-abiding life.

Respectfully,

Brian Yonkman

MARCH 4, 2026

DEAR HONORABLE PHILIP P. SIMON
United States District Court Judge

HELLO! MY NAME IS SHERYL KOSTELYK. I AM a WIFE, MOTHER, GRANDMOTHER, VOLUNTeer AND MEMBER OF LynWood UNITED REFORMED CHURCH WHERE MICHAEL DECKINGA is ALSO A MEMBER, BESIDE being FELLOW CHURCH members FOR mANy years, I HAVE PERSONAL EXPERIENCE WITH WORKING TOGETHER IN LEADERSHIP POSITIONS WITH THE BOYS AND GIRLS YOUTH PROGRAMS AT CHURCH. MICHAEL DECKINGA WAS HEAD COUNSELOR OF CADETS AND I, GEMS. SOMETHING UNIQUE ABOUT MICHAEL DECKINGA WAS THAT HE LEAD BOTH GROUPS IN SINGING TOGETHER AT THE START OF EACH MEETING, SELECTING SONGS FROM THE HYMNAL AND ACCOMPANYING US ON THE PIANO AND WITH HIS VOICE. MICHAEL DECKINGA WAS APPROACHABLE, HUMBLE AND SHOWED CONSIDERATION THE GEMS (G.E.M.S. BY The WAy is The name oF our group and stands FOR GirlsEverywhere meeting the SAVIOR)

(cont'd)

WHEN I HEARD THE NEWS OF MICHAEL DECKINGA'S ARREST AND THE REASON - I COULD NOT BELIEVE IT! AND STILL CAN'T -- IF A CONSCIENCE ( COMMITTED TO BEING INVOLVED AT CHURCH DY BEING A DEACON AND ALSO USING HIS TALENTS TO ACCOMPANY THE CONGREGA AND CHOIR ON HIS TRUMPET AND WITH THE PIANO) A COMMITTED HUSBAND & FATHER ( HE TOOK HIS WIFE AND CHILDREN TO BOTH MORNING & EVEN SERVICES EACH SUNDAY AND SPOKE BEAUIFULLY AND SINCERELY AT HIS BROTHER IN LAW KEV BULTEMA'S FUNERAL SERVICE AND A BIBLICALLY AND INSPIRING MESSAGE AT HIS DAUGHTER NATA LIE'S EIGHTH GRADE GRADUATION FROM CROWN POINT CHRISTIAN SCHOOL - both OF THESE OCCASIONS I WAS PRESENT AT.) COULD FALL IN THIS WAY -- HOW CAN ANYON OF US NOT FALL INTO TEMPTATION AS WELL !?

I BELIEVE FROM WHAT I KNOW OF MICHAEL Deckinga, AND HIS TESTIMONY OF FAITH IN GOD AND COMMITMENT TO LIVE AN UPRIGHT LIFE BY THE WORDS AND ACTIONS I HAVE WITNESSED AS STATED IN THIS LETTER, THAT HE IS VERY MUCH MORE THAN REMORSEFUL.

SINCERELY - SHERUI KOSTEL

①

Honorable Philip P. Simon                           March 18, 2026
United States District Court-Judge
   Dear Sir,
      Our names are Alan Hoeksema (age 77) and Carol Hoeksema
(age 72). We are writing on behalf of Michael Deckinga whom
we have known for close to 20 years. He and his family are members
of our congregation at Lynwood United Reformed Church. Mike has
faithfully attended our Sunday services morning and evening along
with his wife, Kimberly, and now seven children. We do miss hearing
him singing as well as his piano-playing and trumpet-playing. Mike
has served various roles over the years as deacon, Cadet leader,
and choir member. Although we are older members of our church, Mike
has always been friendly and willing to engage in conversations with
us. We also know of Mike's work as Vice-President of Advancement
at Mid-America Reformed Seminary in Dyer. We've read many of his
articles and listened to many of his appeals in fund-raising for the
Seminary. He is educated, hard-working, out-going, and congenial.
      I, Alan, have served with Michael in the leadership of our church
and also with him on the Lansing Christian School board. He did his work
well and diligently. As a housepainter, I have dealt with Mike when
he sold paint for Sherwin Williams. I always found him to be personable
and efficient.
      At the time of his arrest I, Alan, was Michael's church elder. I
have visited him in jail twice and talked with him on the phone. As a
member of our church family it is important, even required, that we
minister to him and his family during these hard times. We had to
address his sin which manifested itself as a crime against the state.
He has repented to the church, to his family, his friends and most
importantly to his Lord and Savior Jesus Christ. In talking to

②

Michael, I believe he is sincere in his repentance, sorry for all the wrong-doing he has been participating in, and anxious to lead a life that honors and upholds God's glory.

Since his arrest, I, Carol, have written cards and letters to Michael to encourage him and let him know he is not forgotten. He has answered my letters and expresses his remorse and sorrow for what he has done and the pain that has resulted for so many. He does not make excuses and admits he did wrong. Thankfully he was caught and stopped. As Christians, we believe in forgiveness for those who repent. And Mike believes this too.

As a church family, we will be ready and willing to welcome Mike back into our fellowship. There will be guidelines and parameters, accountability and steps to be taken for sure as our church practices discipline. But that is who the church is for - repentant sinners!

I, Carol, have had many conversations with Michael's wife, Kim. I, along with other women in our church meet with Kim in her home to pray. She has been through a lot as she alone cares for their seven children, ages 3 to 15. Yet she visits Mike in jail every Monday and brings the children when they are off school. They are working at mending their relationships with Mike as they face an uncertain future. These dear children love their father and need him in their lives. Mike and Kim communicate every day by texts or calls. Mike writes them all letters as well. He even managed to send Kim an orchid for Christmas as he does every holiday. There is love there!

Mike is guilty - we know that. We don't understand it and we can't make sense of it but we don't have to. We are called to hate the sin but love the sinner. And that is what we are doing. We pray for Mike every day. We believe in justice and in punishment for breaking the law. Mike has been receiving that punishment in jail these past three months having not sought bail



However, we also believe in mercy. Your honor, you have the authority and power of the state at your disposal, given to you by the God we serve and love. A hard job indeed. Justice is in your hands and we humbly ask you to show mercy to Michael as you sentence him. We pray the sentence you give him will truly help to return him to his family. We have hope that this broken family can be healed and restored. Changed - yes. But saved.

We believe Michael, with help from family and friends, having learned from his mistakes, can be restored to society as a profitable, law-abiding citizen to be a benefit to all those around him.

We plan to be present in the courtroom on April 21 for Michael's sentencing to show our love and support for Mike and his family.

Thank-you for reading this letter.

God bless you,

Alan Hoeksema

Carol Hoeksema

February 28, 2026

Dear Honorable Judge Simon,

I wanted to write a character letter for Michael Deckinga.

My name is Allison Alons, and I am a member of the same church that Mike is a member.  I am also in the same career field (Advancement/Development), so our paths crossed often even in work (He was the President of Advancement for a seminary, and I am the Director of Communications & Events for the local Christian school).  The seminary he worked for and the Christian school I work for - both hold fundraisers, so we would bounce ideas off each other and pass along names of those who could help with certain areas of events.  I feel like I know him pretty well, as someone close to my age group - and our paths crossed in the work setting from time-to-time.

I came to know Michael Deckinga 10 years ago - when my husband, Nick Alons, took the call to be a minister of the church that Michael & Kim and their family attend.  I am the pastor's wife.

Our hearts fell when we heard the charges against Michael Deckinga.  I consider him honest and law-abiding, but it is obvious he fell into a deep sin that no one was aware he was struggling with.  I know justice needs to be served, but I am praying that you will have mercy and him and his family.  Please sentence him - not as an example - but rather, taking into consideration all that he poured into church, his family and his community.

Before prison, Michael served as a deacon, was an attendee at two worship services each Lord's Day with his family.  He led as a wonderful example to his kids.  He was very involved at church, a man who was a good listener and loved singing with his whole heart (we still truly miss hearing his voice along with the rest of the congregation).

I am asking for grace to be extended to Michael Deckinga.  I know he has expressed remorse and sorrow for his sins, and that he desires to live a godly life.

*Allison B. Alons*

March 22, 2026
Honorable Philip P. Simon
U. S. District Court Judge

Dear Sir,

I am a 76-year-old partially retired Structural Engineer who has been a member of the Lynwood URC congregation since 1970. I have worked in the structural engineering community in Chicago and NW Indiana since 1972. As far as the Lynwood URC congregation, I have served six terms (eighteen years) in the (12 member) church Council, which included 2 years alongside Michael Deckinga.

I have known Mike for about 20 years; ever since he joined our congregation. Prior, I had known Mike's grandfather and his aunt since the 1960s. Great people, and blessed with great musical talent. I have known his wife Kim's family since the 1990s. Also great people.

As far as Mike's character, I have always considered him honest – not devious; law abiding to the extent of my knowledge; generous with his time spent on church related activities.

He always seemed thoughtful, and willing to help. His musical abilities are well known within the congregation, and he was always helpful during the worship by singing in the choir and supporting the congregational singing with his trumpet. In 2024 he graciously agreed to direct the Thanksgiving choir since our regular director was having back trouble (later discovered to be ALS) and could not direct.

Mike's abilities seemed commensurate with the employment he was performing. I would often see him at MidAmerica Seminary if I was there for an evening lecture. I had personal acquaintance with some of the students, and I never heard any complaints or negative comments about him. He seemed to fit in and I assumed he was doing the work that his employment required. He didn't seem to be excessively or overly ambitious.

He appeared to be a person who was contributing to his employment, his church community, his family and children, and to his friends. His reputation within the church was good, as he had been elected to the church Council on two separate occasions.

When we were told that Mike had been arrested, we (the Lynwood URC membership) were all shocked. Like being hit over the head with a baseball bat. By now the shock has worn off and we are all progressing at different speeds through the five stages of grief: *denial... anger... bargaining... depression... acceptance.*

But if I look inside my own heart, I know the thoughts that I have had over the years. They may not be the same thoughts as Mike's, but I know evil is a part of every human heart, including my own. We can all say in truth and sincerity... "there, but for the grace of God, go I".

Donald Zylstra
Lansing, Illinois

Honorable Philip P. Simon
United States District Court Judge

My name is Johan Kreykes and I am a retired electrical contractor. My wife Kathleen is a homemaker.

We have known Michael Deckinga since he joined our church upon marriage to his wife Kimberly. Together, we have watched his family grow and observed the way he maintains order with his family and have always known him to set a good example and be a good influence to others. That is why we find these charges hard to comprehend. Also we have enjoyed Michael's musical talents be it his singing or his trumpet playing. Michael was an asset to Mid-America Reformed Seminary his past employer and has written many good articles which we have enjoyed reading.

Kathy and I have been praying that Michael would have a change of heart and a spirit of repentance. Now he needs to face his penalties so that he can lead a godly life, be a good husband to Kim and a father to his children, who miss him this in dearly and need their dad in their life.

Quite frankly, we feel the time that he spent in jail, the humiliation of having his problem come to light and the supervision and guidance of his family and church family will be enough to lead him back to the straight and narrow path but we will rest on your decision.


Johan and Kathleen Kreykes

Hello, my name is Jim Kreykes.

I am a fellow Christian at Lynwood United Reformed Church where Michael Deckinga, his wife and Children attend. I am an electrical contractor by trade. I have known Michael Deckinga for many years thru Church and its many activities. Mike and I have served on Church Council together where Mikes input, expertise and Biblical knowledge came into play many times. Mike Deckinga is hard working and respected at his job and at our Church.

Our entire Church family prays for Mike, his wife, his children and his extended family. We pray for him for what he did, his repentance, a change in his deeds and his safe return to his family.

It is my opinion that Mike Deckinga is of good character and reputation. Mike has shown himself to be is honest, law abiding and generous not only financially but with his donated time. Mike is very thoughtful in how he acts and speaks. Mike is very much missed in our congregation at Church and we look forward to him returning to us. For example; Mike is a loud singer at Church and we look to him to carry the tune if we do not know the song. Mike has served on various committees in our Church including Cadets, Young Peoples and as a Deacon. In Council, as a Deacon, Mike spear-headed an initiative to evaluate all aspects of our Church and its operations. Without Mike this valuable tool used in making out Church better may not have come to fruition.

Mike is a Husband and a Father, as am I, I know he is missed in his household. Mikes wife needs him by her side and Mikes many children need both parents in their life. My family and I pray for Mike Decking's speedy return to his family.


Sincerely,

Jim Kreykes

Honorable Philip P Simon

My name is Charlene Ruiter
I am a widow that goes To
The same church as The Deckinger
I met Michael Deckinga when
he joined my church about
17 years ago. Lynwood URC Church
in Lynwood IL
In Lynwood church
He was a Deacon
He was a young peoples Leader
with his wife
He played The piano + Trumpet
at Church services
He worked at Mid America Seminary
He is honest, law abiding, generous
In my opinion Michael Deckinga
Loves Jesus, Loves his Family. His
wife and seven children
The crime that he committed is
So much not Michael Deckinga
But I hear Threa Friedd that
he expressed remorse and Sorrow
I am sending some Family pictures
        From Charlene Ruiter





Have a blessed Christmas! Love, The Deckinga Family

2/26/26

Dear Honorable Philip P. Simon:
      United States District Court Judge.

My name is Christine Schutt. I am a retired employee of Southwest Chicago Christian School and I am writing on behalf of Michael Deckinga. I have known Mike since he was in kindergarten when we joined the church Mike and his family attended. He is the same age as my second son and was a classmate of his at Southwest Chicago Christian school from K - 12th grade. They were on many sports teams together as well as programs through our church. We are friends of his parents and were blessed to attend Mike's wedding to Kim, who we have also gotten to know. Because of how busy life is and as he lives in a neighboring state, I did not get to see Mike and Kim often (usually at games their kids played against by grandkids) I kept up with them on facebook when possible. Would hear about them through his parents and loved hearing about his family.

I believe Mike to be a wonderful spouse, father, friend, and servant to the Lord. He gave of his time outside of work by being on boards, serving at his church, and being involved with coaching his kids. He is, all-around, a genuine great man. Always willing to help out where needed. I loved hearing him play his trumpet when visiting our church.

When I learned Mike was arrested my first reaction was did he get in an accident and leave? Embezzle? Punch someone? I couldn't wrap my head around him doing anything like that because of his character. When I was told it was for child pornography, I was shocked. I would have never ever thought he would do anything like that and thought there must be a mistake. When he admitted it, I was taken aback. I know with internet today, things are very accessible but that doesn't excuse him. I also know he is very remorseful and apologetic for his behaviour. I know he is a child of God and is forgiven. It took me a while to reach that point as he sits in jail, but I forgive him, too. While I believe he deserves a jail sentence, I don't think it should be years. He, essentially, will be punished for life regardless of how long he is sentenced by what he has lost by doing this. Will he be able to

be hired for a job with this on his record? Will he be able to rebuild relationsheps with those who call him family and friend? Whether or not he is in gail, he will be paying for this forever through what he has lost. I hope you consider this, along with his remorse, when determining Mike's sentence.

Sincerely,
Christine Tchett