April 22, 2026

The Honorable Philip P. Simon

United States District Court Northern District of Indiana

Re: United States v. Michael Deckinga

Dear Honorable Judge Simon,

I would like to take the time to thank you for your service on this case regarding Michael Deckinga and hope and pray that your main priority in this case is to keep our children and community safe.

The character letters that have been written in favor of Michael Deckinga, should all be dismissed based on the fact that they were written before the family and friends of Michael had knowledge of the extent and details of what he has done the past multiple years.  They were all written based on who they thought Mike was, not on who he is.  The letters simply show how he has manipulated everyone in his life leading up to his arrest.

If he is having to fast to "learn to have self-control" as stated in his wife's letter, that is a clear red flag that he is admitting lacking self-control and he has to try and learn it.  With that being said, the best and safest place for him to be is in jail to keep all children and the community safe.  In one letter it states, "please remember Kimberly (our daughter) and her 7 children." Yes! I couldn't agree more!!  Please do think about her children and their safety!

If Mike is truly sorry for this, (and I am not saying he isn't), he would be accepting his punishment and would have a strong desire and need to not want to be around children and would be willing to serve the maximum penalty that is given to him by the court.  That would show his true remorse, knowing that what he has done and the choices he has made for himself, now have lifelong consequences so that he can never be around children again.

I live in his subdivision in Dyer, IN.  My desire is to protect my children and all the children in this community, at that includes his children.  He has clearly shown that he fantasizes about his underage nieces and the things he would like to do to them.  It is beyond disturbing, and shows that he cannot be trusted around children. No one should desire to have this man put back in his home or society. It is a great risk for this subdivision and the safety of our children for him to have a residence here in Emerald Crossing.

It saddens me that all who wrote these letters defending this man's character seem to have very little care or concern for the victims. This is not a victimless crime. I am not making accusations against anyone, it is just my take-away from the character letters.  One letter stated that he sinned against God, his family and his church, but never mentions the victims.  What about their lives going forward? Their lives were ruined by Michael Deckinga, they have scars that can never be taken away.  Their body will always keep the score of what was done to them, even if they are too young to remember. What about them? Why all this care and concern for Michael and what he needs and what he wants, why is he more important than the little children that he harmed and exploited? They matter and we must defend and protect them. If he is let out of prison, would any one of us want to chance that he would recommit these crimes and harm and exploit even ONE more child?? I think not.

Thank you again for your service.  Our main priority is to protect children and our community. Therefore, I ask that you sentence Michael Deckinga to serve the full sentence of 228 months with 20 years of supervision. We want to know that where we live and raise our children is a safe place.

Sincerely,

A Concerned Mother