UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:25-CR-85 |
| | ) | |
| MICHAEL DECKINGA | ) | |

**UNITED STATES' MOTION FOR A FINAL ORDER OF FORFEITURE**

Comes now the United States of America, by its counsel, Adam L. Mildred, United States Attorney for the Northern District of Indiana, through Emily A. Morgan, Assistant United States Attorney, and moves for entry of a final order of forfeiture for the reasons set forth below.

1. On February 27, 2026, this Court entered a Preliminary Order of Forfeiture (DE 26) for the following property: Samsung Galaxy A14 cell phone.

2. In accordance with 21 U.S.C. § 853(n)(1) and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, notice of the Preliminary Order of Forfeiture was posted on an official government internet site (www.forfeiture.gov) for 30 consecutive days, beginning on March 3, 2026, and ending on April 1, 2026. A copy of the notice is attached.

3. The notice provided that any person asserting a legal interest in the property subject to forfeiture may, within 60 days from the first of the date

of internet publication, petition the Court for a hearing to adjudicate the validity of his alleged interest in the property.

4. No claims were filed within that 60-day period. Therefore, any third-party interests are barred by failure of those parties to file a timely Petition.

Accordingly, the United States of America requests this Court enter a Final Order of Forfeiture declaring the above-listed property forfeited as to all parties and vesting all right, title and interest in the property in the United States and directing the Acting United States Attorney General or his designee to dispose of said property according to law.

Respectfully submitted,

ADAM L. MILDRED
UNITED STATES ATTORNEY

/s/ *Emily A. Morgan*
By: Emily A. Morgan
Assistant United States Attorney
United States Attorney's Office
Northern District of Indiana
5400 Federal Plaza, Suite 1500
Hammond, IN 46320
Telephone: (219) 937-5500
Fax: (219) 852-2770
Email: Emily.Morgan2@usdoj.gov