UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

UNITED STATES OF AMERICA ) 
                         )
    v.                   )    Case No. 2:25-CR-85
                         )
MICHAEL DECKINGA         )

## FINAL ORDER OF FORFEITURE

This matter having come before the Court upon motion by the United States of America for entry of a Final Order of Forfeiture; and

WHEREAS, on February 27, 2026, this Court entered a Preliminary Order of Forfeiture ordering the defendant to forfeit the following property: Samsung Galaxy A14 cell phone.

WHEREAS, pursuant to 21 U.S.C. § 853(n)(1) and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, notice of the Preliminary Order of Forfeiture was posted on an official government internet site (www.forfeiture.gov) for 30 consecutive days, beginning on March 3, 2026, and ending on April 1, 2026, notifying all third parties of their right to petition the Court within 60 days from the first date of internet publication for a hearing to adjudicate the validity of their alleged interest in the property;

WHEREAS, no timely petition or claim has been filed; and

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND

1

DECREED, that the following property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 2253: Samsung Galaxy A14 cell phone.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law and

IT IS FUTHER ORDERED that the United States District Court shall retain jurisdiction in the case of the purpose of enforcing this Order.

SO ORDERED.

ENTERED: May 18, 2026.

 /s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT

2